IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :
                                    :      BKCY NO. 17-22780-GLT
RONALD E. GARRETT,                  :
                                    :      Chapter 13
        Debtor.                     :

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to Rule 9010 of the Bankruptcy Rules, Wilkinsburg School District and Wilkinsburg Borough are creditors and hereby appear in this case.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned requests that all notices and papers specified by the Rule, and all other notices given or required to be given in this case and all other papers served or required to be served in this case, be given to and served upon:

Jennifer L. Cerce, Esquire
Lawrence J. Maiello, Esquire
Maiello, Brungo & Maiello, LLP – Tax Division
Foxpointe II
100 Purity Road, Ste. 3
Pittsburgh, PA 15235
Telephone: (412) 242-4400
Facsimile: (412) 727-1667

The foregoing request includes without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering of reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal,  whether written or oral, and whether transmitted or conveyed by mail, delivery telephone, telegraph, telex or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in the case with respect to the (a) debtor, (b) property of the debtor's estate, or

proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment, or other conduct.

PLEASE TAKE FURTHER NOTICE that the Wilkinsburg School District and Wilkinsburg Borough intend that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) their right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; or (2) any other rights, claims, actions, defenses, setoffs, or recoupments to which they may be entitled to under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses setoff, and recoupments are expressly reserved.

MAIELLO, BRUNGO & MAIELLO, LLP

Dated: August 16, 2017          /s/ Jennifer L. Cerce
                                Jennifer L. Cerce, Esquire
                                Pa. I.D. No. 81157
                                424 S. 27th Street, Ste. 210
                                Pittsburgh, PA 15203
                                (412) 242-4400
                                Attorneys for Wilkinsburg School District
                                and Wilkinsburg Borough

274383,43001.0

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :
                                                :     BKCY NO. 17-22780-GLT
RONALD E. GARRETT,                              :
                                                :     Chapter 13
        Debtor.                                 :


### DECLARATION IN LIEU OF AFFIDAVIT

I certify that this request supersedes any prior request for Notice by these

creditors, that there is no other request to receive Notices for the specified creditors, and

that I am authorized to make this request for Notices on behalf of the named creditors.


MAIELLO, BRUNGO & MAIELLO, LLP


Dated: August 16, 2017                  /s/ Jennifer L. Cerce
                                        Jennifer L. Cerce, Esquire
                                        Pa. I.D. No. 81157
                                        424 S. 27th Street, Ste. 210
                                        Pittsburgh, PA 15203
                                        (412) 242-4400
                                        Attorneys for Wilkinsburg School District
                                        and Wilkinsburg Borough


274383,43001.0

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                     :
                                           :       BKCY NO. 17-22780-GLT
RONALD E. GARRETT,                         :
                                           :       Chapter 13
        Debtor.                            :

### CERTIFICATE OF MAILING OF NOTICE OR OTHER DOCUMENT TO PARTIES IN INTEREST

Ronald E. Garrett
7979 Orlan Place
Verona, PA  15147

Lauren M. Lamb, Esquire
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA  15219

Ronda J. Winnecour, Esquire
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15222

MAIELLO, BRUNGO & MAIELLO, LLP

Dated: Aﾛgust 16, 2017

/s/ Jennifer L. Cerce
Jennifer L. Cerce, Esquire
Pa. I.D. No. 81157
424 S. 27th Street, Ste. 210
Pittsburgh, PA 15203
(412) 242-4400
Attorneys  for  Wilkinsburg  School  District  and
Wilkinsburg Borough

274383,43001.0