IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                )
                                      )
Ronald E. Garrett,                    )    Case No. 17-22780
                                      )    Chapter 13
    Debtor                            )    Docket No.

## NOTICE OF CHANGE OF ADDRESS

AND NOW, comes the debtor by and through his attorney Lauren M. Lamb, and Steidl and Steinberg, Attorneys at Law and respectfully represent as follows:

1. At the time of filing, the address for the debtor, Ronald Garrett, was 7979 Orlan Place, Verona, Pa 15147.

2. The correct address is 7939 Orlan Place Verona, PA 15147.

WHEREFORE, the debtor, Ronald Garrett, respectfully files this Notice of Change of Address.

                                    Respectfully submitted,


September 19, 2017                  /s/ Lauren M. Lamb
DATE                                Lauren M. Lamb, Esquire
                                    Attorney for the Debtor

                                    STEIDL & STEINBERG
                                    Suite 2830, Gulf Tower
                                    707 Grant Street
                                    Pittsburgh, PA 15219
                                    (412) 391-8000
                                    Llamb@steidl-steinberg.com
                                    PA I.D. No. 209201