# MINUTES OF CHAPTER 13 § 341(a) MEETING OF CREDITORS AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Garrett_____ JAD/TPA/CMB/**GLT**

Case Number: __17-22780__

Date of Meeting: __9/18/17__     Recording # __5__

Debtor(s) present __✓__ or Not Present ___ (__ No Payments Made or __✓__ partial payments)

Attorney for debtor(s) __Lamb_____ (Present __✓__ or Not Present ___)

Date of Plan at § 341: __8/3/17__  Applicable commitment period ___3 yrs __✓__ 5 yrs

O'Donnell for Ally Financial

Debtor has house trying to fix up for rent —

Need copy of 2016 tax return was filed

Can it for proof of payment

___✓___ Meeting HELD and CONCLUDED
_____ Meeting HELD but CONTINUED (not closed)
_____ Meeting NOT HELD          _____ Order to Show Cause Requested
                                   _____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____ Final _____ Interim
_____ Amended Plan due:_____; Objections due:_____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
___✓___ Continued to:
        _____ 341 Meeting   OR ___✓___ Conciliation Conf. OR _____ *Contested Hearing
        On __11/16/17__ at __2:00__ am/pm Location _____

_____
Chapter 13 Trustee/Attorney for Trustee