IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Ronald E. Garrett | : | Case No. 17-22780GLT |
| | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Related to Document # |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| Ronald E. Garrett | : | |
| | : | Hearing Date |
| Respondent(s) | | |

## NOTICE OF HEARING WITH RESPONSE DEADLINE
## ON TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

Your are further notified to file with the Clerk and serve upon the undersigned Movant a response to the motion no later than November 01, 2017 i.e., twenty (20) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on November 22, 2017, at 10:00 a.m. by Judge Taddonio in Courtroom A, 54th Floor of the U.S. Steel Tower, 600 Grant Street Pittsburgh PA 15249. Only a limited time of 15 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a late date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Service: 10/12/17

        /s/ Owen Katz_____
        Owen KatzI- PA I.D. #36473
        Attorney for Trustee
        US Steel Tower – Suite 3250
        600 Grant St.
        Pittsburgh, PA 15219
        (412) 471-5566
        okatz@chapter13trusteewdpa.com