IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Ronald E. Garrett                                  :    Case No. 17-22780GLT
                                                   :    Chapter 13
     Debtor(s)                               :
Ronda J. Winnecour, Trustee                        :
                                                   :    Related to Document #
     Movant(s)                               :
                                                   :
     vs.                                     :
Ronald E. Garrett                                  :
                                                   :    Hearing Date
     Respondent(s)                           :

## WITHDRAWAL OF TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS

The Objection to Debtor's claim of Exemptions that was filed in the above-referenced case on October 12, 2017 (document #34) is hereby WITHDRAWN.

Therefore, the hearing scheduled for November 22, 2017, is cancelled.

                                                   Respectfully submitted

10/25/17                           /s/ Ronda J. Winnecour

                                                   Ronda J. Winnecour (PA I.D. #30399)
                                                   Attorney and Chapter 13 Trustee
                                                   U.S. Steel Tower – Suite 3250
                                                   600 Grant Street
                                                   Pittsburgh, PA  15219
                                                   (412) 471-5566
                                                   cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Ronald E. Garrett | : | Case No. 17-22780GLT |
| | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Related to Document # |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| Ronald E. Garrett | : | |
| | : | Hearing Date |
| Respondent(s) | | |

## CERTIFICATE OF SERVICE

    I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by regular United States mail, postage prepaid:

Ronald Garrett
7939 Orlan Place
Verona PA 15147

Lauren Lamb, Esquire
707 Grant Street
28th Floor Gulf Tower
Pittsburgh PA 15219


10/25/17                                                                 /S/ Dianne DeFoor___
date                                                               Office of the Chapter 13 Trustee
                                                                   US Steel Tower – Suite 3250
                                                                   600 Grant Street
                                                                   Pittsburgh, PA  15219
                                                                   (412) 471-5566