IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                                              Bankruptcy No. 17-22780

Ronald E. Garret                                    Chapter: 13

Debtor

## NOTICE OF APPEARANCE

Please take notice that the undersigned enters his appearance in this case on behalf of PAAC TRANSIT DIVISION, FCU , creditor. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

Neal R. Cramer, Esq.

Jubelirer, Pass & Interieri, P.C.

219 Fort Pitt Blvd., FL 1

Pittsburgh, PA 15222

Documents:  All notices entered.

All documents and pleadings of any nature.

Date: 11/16/17

_____

Neal R. Cramer, Esq.