IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Ronald E. Garrett, | ) | Case No. 17-22780 |
| *Debtor* | ) | Chapter 13 |
| | ) | |
| Ronald E. Garrett, | ) | Related to Document No. 48 |
| Social Security No. XXX-XX-9405 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Port Authority of Allegheny County and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| *Respondents* | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

I, the undersigned, hereby certify that on November 27, 2017, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Port Authority of Allegheny County
Attn: Payroll Dept.
345 Sixth Avenue
Pittsburgh, PA 15222

Date of Service:     November 27, 2017     /s/ Lauren M. Lamb
                                           Lauren M. Lamb, Esquire
                                           Attorney for the Debtor

                                           STEIDL & STEINBERG
                                           Suite 2830, Gulf Tower
                                           707 Grant Street
                                           Pittsburgh, PA 15219
                                           (412) 391-8000
                                           Llamb@steidl-steinberg.com
                                           PA I.D. No. 209201