# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** RONALD E. GARRETT
**Case Number:** 17-22780-GLT       **Chapter:** 13
**Date / Time / Room:** THURSDAY, FEBRUARY 08, 2018 02:30 PM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#11 - Final Confirmation of Plan Dated 8/3/2017 (NFC)
R / M #:  11 / 0

### Appearances:

**Debtor:** A. Steidl
**Trustee:** Winnecour / Pail / Katz
**Creditor:** Hunt for Allegheny County

### Proceedings:

Outstanding issue with Wells Fargo POC.

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 3/29/18 at 3:30 pm.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Also, need 2016 tax return filed & copy provided to trustee.

1/31/2018   4:07:27PM