IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Ronald E. Garrett, | ) | Case No. 17-22780-GLT |
| *Debtor* | ) | Chapter 13 |
| | ) | |
| Ronald E. Garrett, | ) | Related to Doc. No. 69 |
| Social Security No. XXX-XX-9405 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Port Authority of Allegheny County and | ) | |
| Ronda J. Winnecour, Trustee | | |
| *Respondents* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on April 12, 2018, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee                    Ronald E. Garrett
Suite 3250 – US Steel Tower                      7939 Orlan Place
600 Grant Street                                        Verona, PA 15147
Pittsburgh, PA 15219

Port Authority of Allegheny County
Attn: Payroll Dept.
345 Sixth Avenue
Pittsburgh, PA 15222

Date of Service:        April 12, 2018          /s/ Lauren M. Lamb
                                                              Lauren M. Lamb, Esquire
                                                              STEIDL & STEINBERG
                                                              28th Floor, Gulf Tower
                                                              707 Grant Street
                                                              Pittsburgh, PA 15219
                                                              (412) 391-8000
                                                              PA I.D. 209201