FILED
4/16/18 12:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Ronald E. Garrett, ) | Case No. 17-22780-GLT |
| ) | Chapter 13 |
| Debtor ) | |
| ) | Related to Docket No. 63 |
| ) | |
| ) | |
| ) | |
| Ronald E. Garrett, ) | |
| ) | |
| Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| Wells Fargo Bank, National Association as ) | |
| Trustee for Option One Mortgage Loan ) | |
| Trust 2006-1, Asset-Backed Certificates, ) | |
| Series 2006-1, ) | |
| ) | |
| Respondent ) | |

## ORDER OF COURT

AND NOW, to wit, this __16th Day of April,__ ___, 2018, it is hereby ORDERED, ADJUDGED, and DECREED, that the projected escrow shortage on Debtor's mortgage loan account with Respondent is $101.06 and the pre-petition arrears due to Respondent are $3,077.27. Respondent shall provide Debtor's counsel with proof that his account has been corrected to reflect this escrow shortage within 30 days.

_____J.
Gregory L. Taddonio, Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Ronald E. Garrett
    Debtor

Case No. 17-22780-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: amaz     Page 1 of 1     Date Rcvd: Apr 16, 2018
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2018.
db         +Ronald E. Garrett,   7939 Orlan Place,   Verona, PA 15147-1546

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2018                                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2018 at the address(es) listed below:
          Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
           agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
          James Warmbrodt    on behalf of Creditor    VW Credit, Inc. bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jennifer L. Cerce    on behalf of Creditor    Wilkinsburg School District and Borough of
           Wilkinsburg jlc@mbm-law.net
          Jerome B. Blank    on behalf of Creditor    Wells Fargo Bank, National Association As Trustee For
           et. al. pawb@fedphe.com
          Lauren M. Lamb    on behalf of Debtor Ronald E. Garrett
           julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;leslie.nebel@steidl-steinberg.com;dam
           brose@steidl-steinberg.com;cgoga@steidl-steinberg.com;lamblr53037@notify.bestcase.com;rlager@stei
           dl-steinberg.com
          Neal R. Cramer    on behalf of Creditor    PAAC Transit Division FCU nrc@jpilaw.com,  mgh@jpilaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Thomas Song    on behalf of Creditor    Wells Fargo Bank, National Association As Trustee For et.
           al. pawb@fedphe.com
                                                                                                             TOTAL: 10