# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No. 17-22780-GLT |
| RONALD E. GARRETT, | Chapter 13 |
| Debtor. | Related to Doc. Nos. 63, 75 & 76 |
| WELLS FARGO BANK, N.A. AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2006-1, ASSET-BACKED CERTIFICATES, SERIES 2006-1 | Hearing Date:  5/23/18 |
| | Hearing Time:  9:30 a.m. |
| Movant, | |
| vs. | |
| RONALD E. GARRETT, | |
| Respondent. | |

## CERTIFICATE OF NO OBJECTION REGARDING THE
## <u>MOTION TO RECONSIDER DEFAULT ORDER</u>

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Reconsider Default Order dated April 16, 2018, filed on April 24, 2018, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Reconsider Default Order dated April 16, 2018 appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Reconsider Default Order dated April 16, 2018 were to be filed and served no later than May 16, 2018. It is hereby respectfully requested that the Order attached to the Motion to Reconsider Default Order dated April 16, 2018, be entered by the Court.

PHELAN HALLINAN
DIAMOND & JONES, LLP

Date: <u>May 18, 2018</u>

*/s/ James A. Prostko, Esquire*
James A. Prostko, Esquire
PA ID No. 27221
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Place Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219
412.745.0600 / 412.745.0601 (fax)
*james.prostko@phelanhallinan.com*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Bankruptcy No. 17-22780-GLT |
| **RONALD E. GARRETT,** | Chapter 13 |
| Debtor. | Related to Doc. Nos. 63, 75 & 76 |
| **WELLS FARGO BANK, N.A. AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2006-1, ASSET-BACKED CERTIFICATES, SERIES 2006-1** | Hearing Date:  5/23/18<br><br>Hearing Time:  9:30 a.m. |
| Movant, | |
| vs. | |
| **RONALD E. GARRETT,** | |
| Respondent. | |

**CERTIFICATE OF SERVICE OF CERTIFICATION OF NO OBJECTION**

I certify under penalty of perjury that I served or caused to be served the above captioned pleading, Certification of No Objection, on the parties at the addresses shown below on May 18, 2018. The types of service made on the parties were: <u>Electronic Notification and First Class Mail</u>.

<u>Service by Electronic Notification</u>
**Lauren M. Lamb**
Steidl & Steinberg
707 Grant Street
28th Floor - Gulf Tower
Pittsburgh, PA 15219
llamb@steidl-steinberg.com

RONDA J. WINNECOUR, TRUSTEE
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219
CMECF@CHAPTER13TRUSTEEWDPA.COM

<u>Service by First Class Mail</u>
**Ronald E. Garrett**
7939 Orlan Place
Verona, PA 15147

PHELAN HALLINAN
DIAMOND & JONES, LLP

Date: <u>May 18, 2018</u>

*/s/ James A. Prostko, Esquire*
James A. Prostko, Esquire
PA ID No. 27221
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Place Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219
412.745.0600 / 412.745.0601 (fax)
*james.prostko@phelanhallinan.com*