**Form 404**

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | 80 – 63 |
| **WESTERN DISTRICT OF PENNSYLVANIA** | ctak |

In re:    Bankruptcy Case No.: 17–22780–GLT
Related to Dkt. No. 63
Chapter: 13
Hearing Date: 7/18/18 at 10:30 AM

**Ronald E. Garrett**
   Debtor(s)

**CERTIFICATE OF SERVICE OF** Objection to Claim, Proposed Order, and Order Scheduling Dates for Response
            **(Specify Document(s) Served)**

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on  May 30, 2018 .
                    (Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was:  First Class Mailing.  .

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**

```
WELLS FARGO BANK, NATIONAL ASSOCIATION et.al      Thomas Song
OCWEN LOAN SERVICING, LLC                          Phelan Hallinan Diamond & Jones, LLP
Attn: Bankruptcy Department                        1617 JFK Boulevard
P.O. BOX 24                                        Suite 1400
WEST PALM BEACH FL 33416-4605                      Philadelphia, PA 19103
```

By:  /s/ Lauren M. Lamb
   (Signature)
   Lauren M. Lamb
   Typed Name

   Steidl and Steinberg
   707 Grant Street, Suite 2830, Pittsburgh, PA 15219
   Address
   412-391-8000
   Phone No.
   PA ID #209201
   List Bar I.D. and State of Admission