# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>**RONALD E. GARRETT,**<br><br>**Debtor.** | Bankruptcy No. 17-22780-GLT<br><br>Chapter 13<br><br>Related to Document No. 63 & 80 |
| **RONALD E. GARRETT,**<br><br>**Movant,**<br><br>vs.<br><br>**WELLS FARGO BANK, N.A. AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2006, ASSET-BACKED CERTIFICATES, SERIES 2006-1,**<br><br>**Respondent.** | Related to Claim no. 18<br><br>Hearing Date: 7/18/18<br><br>Hearing Time: 10:30 a.m. |

### RESPONSE OF WELLS FARGO BANK, N.A.
### TO THE DEBTOR'S OBJECTION TO PROOF OF CLAIM

Wells Fargo Bank, N.A. as Trustee for Option One Mortgage Loan Trust 2006, Asset-Backed Certificates, Series 2006-1, (hereinafter "Wells Fargo"), by and through its attorneys, Phelan Hallinan Diamond & Jones, LLP, hereby responds to the Debtor's Objection to Proof of Claim, and in support thereof, avers as follows:

1-4.   Admitted.

5.   After reasonable investigation, U.S. Bank is without knowledge sufficient to form a belief as to the truth or falsity of the allegations set forth in paragraph five (5) of the Objection and they are therefore denied.  By way of further response, the projected escrow shortage of $1,369.52 listed on Form 410 plus the Escrow Balance of $585.89 listed in column "O" of Form 410, equal $1,955.41, which matches the amount set forth on page 13 of Claim 18 Part 2 for Projected Ending Balance and Required Balance Projections.

6.   The allegations set forth in paragraph six (6) of the Objection are conclusions of law to which no response is necessary and are therefore denied. By way of further response, the correct amount of the escrow shortage is $1,369.52 as set forth on Form 410.

7.   The allegations set forth in paragraph seven (7) of the Objection are conclusions of law to which no response is necessary and are therefore denied.

**WHEREFORE**, Wells Fargo Bank, N.A. requests that this Honorable Court deny the Debtor's Objection to Proof of Claim.

Respectfully submitted,

PHELAN HALLINAN
DIAMOND & JONES, LLP

Date: June 11, 2018

*/s/ James A. Prostko, Esquire*
James A. Prostko, Esquire
PA ID No. 27221
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Place Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219
412.745.0600 / 412.745.0601 (fax)
james.prostko@phelanhallinan.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>**RONALD E. GARRETT,**<br><br>   **Debtor.** | Bankruptcy No. 17-22780-GLT<br><br>Chapter 13<br><br>Related to Document No. 63 & 80 |
| **RONALD E. GARRETT,**<br><br>**Movant,**<br><br>vs.<br><br>**WELLS FARGO BANK, N.A. AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2006, ASSET-BACKED CERTIFICATES, SERIES 2006-1,**<br><br>   **Respondent.** | Related to Claim no. 18<br><br>Hearing Date: 7/18/18<br><br>Hearing Time: 10:30 a.m. |

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that on June 11, 2018, I served or caused to be served Wells Fargo Bank, National Association's Response to the Debtor's Objection to Claim, on the parties at the addresses shown below. The types of service made on the parties were: <u>Electronic Notification and First Class Mail.</u>

**Service by Electronic Notification**
**Lauren M. Lamb**
Steidl & Steinberg
707 Grant Street
28th Floor - Gulf Tower
Pittsburgh, PA 15219
llamb@steidl-steinberg.com

RONDA J. WINNECOUR, TRUSTEE
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219
CMECF@CHAPTER13TRUSTEEWDPA.COM

**Service by First Class Mail**
**Ronald E. Garrett**
7939 Orlan Place
Verona, PA 15147

Date: <u>June 11, 2018</u>                    PHELAN HALLINAN
                                              DIAMOND & JONES, LLP

                **/s/ *James A. Prostko***
                PA ID No. 27221
                Phelan Hallinan Diamond & Jones, LLP
                Omni William Penn Place Office Tower
                555 Grant Street, Suite 300
                Pittsburgh, PA 15219
                412.745.0600 / 412.745.0601 (fax)
                james.prostko@phelanhallinan.com