IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**FILED**
JUL 19 2018
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

In re: : Case No.: 17-22780-GLT
: Chapter: 13
Ronald E. Garrett :
:
: Date: 7/18/2018
*Debtor(s).* : Time: 10:30

## PROCEEDING MEMO

*MATTER:* #63 - Debtor's Objection to Claim #18 by Wells Fargo Bank, N.A.
#82 - Response by Wells Fargo Bank

*APPEARANCES:*
Debtor: Lauren M. Lamb
Trustee: Ronda J. Winnecour
Wells Fargo: Jodi Hause

*NOTES:*

Lamb: Went through the proof of claim again and realized I was $30 off in the escrow calculation. That's why I withdrew the objection.

Court: The actual disbursement ledger did not seem to add up. You're satisfied with the numbers?

Lamb: Yes, they are close enough.

*OUTCOME:*

1. The Motion to Withdraw [Dkt. No. 83] the Objection to Claim No. 18 [Dkt. No. 63] is granted. (Text Order to issue.).

**DATED:** 7/18/2018