IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 17-22780-GLT |
| Ronald E. Garrett, | ) | Chapter 13 |
| | ) | |
| Social Security No. XXX-XX- 9405 | ) | |
| Debtor | ) | Related to Document No. 88 |
| | ) | |
| Ronald E. Garrett, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Port Authority of Allegheny County and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| Respondent(s) | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on October 22, 2018, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Ronald E. Garrett
7939 Orlan Place
Verona, PA 15147

Port Authority of Allegheny County
Attn: Payroll Dept.
345 Sixth Avenue
Pittsburgh, PA 15222

Date of Service:    October 22, 2018         /s/ Lauren M. Lamb
                                             Lauren M. Lamb, Esquire
                                             STEIDL & STEINBERG
                                             28th Floor, Gulf Tower
                                             707 Grant Street
                                             Pittsburgh, PA 15219
                                             (412) 391-8000
                                             PA I.D. 209201