IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| Ronald E. Garrett, Sr., ) | Case No. 17-22780-GLT |
|    Debtor ) | |
| ) | Chapter 13 |
| ) | Document No. |
| Steidl and Steinberg, P.C. ) | |
|    Applicant ) | |
| ) | |
|    vs. ) | |
| ) | |
| Office of the U.S. Trustee, Ronda J. Winnecour, ) | |
| Trustee, Allegheny County, Allstate Insurance, Ally ) | |
| Bank, Ally Financial, Keybank, N.A. as S/B/M to First ) | |
| Niagara Bank, Keybank, MBM Collections, LLC, ) | |
| OneMain, Ocwen Loan Servicing, P.A.A.C. Transit ) | |
| Division FCU, Penn Hills Municipality, Penn Hills ) | |
| School District, Pennsylvania Department of Revenue, ) | |
| Quantum3 Group LLC as agent for CF Medical LLC, ) | |
| Springleaf Financial Services, VW Credit, Inc., Verizon, ) | |
| Volkswagen Credit, Wells Fargo Bank, National ) | |
| Association et. al Ocwen Loan Servicing, LLC, ) | |
| Wilkinsburg Borough, Wilkinsburg Garbage, ) | |
| Wilkinsburg School District, ) | |
|    Respondents ) | |

## **CERTIFICATE OF NO OBJECTION FOR APPLICATION FOR INTERIM COMPENSATION BY COUNSEL FOR DEBTOR**

     The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Interim Compensation by Counsel for Debtor filed on October 29, 2018 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application for Interim Compensation by Counsel for Debtor appears thereon.  Pursuant to the Notice of Hearing, objections for Application for Interim Compensation by Counsel for Debtor were to be filed and served no later than November 15, 2018.

     It is hereby respectfully requested that the Order filed on October 29, 2018 at Docket No. 72 be entered by the Court.

                                  Respectfully submitted,

November 16, 2018                        /s/Lauren M. Lamb
Date:                                         Lauren M. Lamb, Esquire
                                             Attorney for the Debtor
                                             STEIDL & STEINBERG
                                             2830 Gulf Tower
                                             707 Grant Street

Pittsburgh, PA 15219
(412) 391-8000
PA I. D. No.  209201
llamb@steidl-steinberg.com