Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Ronald E. Garrett**
Debtor(s)

Bankruptcy Case No.: 17–22780–GLT
Issued Per Dec. 6, 2018 Proceeding
Chapter: 13
Docket No.: 98 – 86, 89
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated October 18, 2018 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☑ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Wilkinsburg School District at Claim No. 6; Wilkinsburg Borough Real Estate Tax at Claim No. 7 .

☑ H. Additional Terms: The secured claims of Ally Financial at Claim No. 3 and VW Credit at Claim No. 5 shall govern as to claim amount, to be paid at the modified plan terms.
The secured claim of Wells Fargo Bank at Claim No. 18 shall govern, and then following all allowed post–petition payment change notices filed of record.
Fee application needed if any fee (including retainer) exceeds $4,000 including any fees paid to prior counsel.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)* **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: December 13, 2018

cc:  All Parties in Interest to be served by Clerk in seven (7) days

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                          Case No. 17-22780-GLT
Ronald E. Garrett                                               Chapter 13
      Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: jhel                  Page 1 of 2        Date Rcvd: Dec 13, 2018
                              Form ID: 149                Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2018.
db             +Ronald E. Garrett,    7939 Orlan Place,    Verona, PA 15147-1546
cr             +Ally Financial,    Tucker Arensberg, P.C.,    c/o Brett A. Solomon, Esquire,    1500 One PPG Place,
                 Pittsburgh, Pa 15222-5413
cr             +County of Allegheny,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
                 Frick Building,    Pittsburgh, PA  15219,   UNITED STATES 15219-6101
cr             +PAAC Transit Division FCU,    219 Fort Pitt Blvd,    2nd Floor,    Pittsburgh, PA 15222-1559
cr             +Wilkinsburg School District and Borough of Wilkins,    c/o Maiello Brungo & Maiello, LLP,
                 100 Purity Road,    Suite 3,    Pittsburgh, PA 15235-4441
14670065        Allegheny County,    c/o John Weinstein, Treasurer,    P.O. Box 643385,
                 Pittsburgh, PA 15264-3385
14697541       +County of Allegheny,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14672811       +KeyBank N.A., as S/B/M to First Niagara Bank, NA,    4910 Tiedeman Road,
                 Brooklyn, OH 44144-2338
14655010       +Ocwen Loan Servicing,    P.O. Box 785056,    Orlando, FL 32878-5056
14700689       +P.A.A.C. Transit Division FCU,    219 Fort Pitt Blvd. 2nd FL,    Pittsburgh, PA 15222-1559
14725018       +Penn Hills Municipality,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
                 Pittsburgh, PA 15235-4441
14725017       +Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
                 Pittsburgh, PA 15235-4441
14674391       +VW Credit, Inc.,    PO Box 9013,   Addison, Texas 75001-9013
14670073        Verizon,    PO Box 646,    Pleasanton, CA 94566
14745410        WELLS FARGO BANK, NATIONAL ASSOCIATION et.al,    OCWEN LOAN SERVICING, LLC,
                 Attn: Bankruptcy Department, P.O. BOX 24,    WEST PALM BEACH FL 33416-4605
14670075       +Wilkinsburg Borough,    c/o Maiello Brungo & Maiello,    100 Purity Road, Suite 3,
                 Pittsburgh, PA 15235-4441
14670076       +Wilkinsburg Garbage,    c/o Maiello, Brungo & Maiello,    100 Purity Road, Suite 3,
                 Pittsburgh, PA 15235-4441
14670077       +Wilkinsburg School District,    c/o Maiello, Brungo & Maiello,    100 Purity Road, Suite 3,
                 Pittsburgh, PA 15235-4441

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14670066       +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 14 2018 02:32:32     Allstate Insurance,
                 Po Box 55126,    Boston, MA 02205-5126
14655008       +E-mail/Text: ally@ebn.phinsolutions.com Dec 14 2018 02:31:13     Ally Bank,   P.O. Box 380902,
                 Bloomington, MN 55438-0902
14668960        E-mail/Text: ally@ebn.phinsolutions.com Dec 14 2018 02:31:13     Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
14670069       +E-mail/Text: key_bankruptcy_ebnc@keybank.com Dec 14 2018 02:32:03     Keybank,   PO Box 94722,
                 Cleveland, OH 44101-4722
14684982        E-mail/PDF: cbp@onemainfinancial.com Dec 14 2018 02:40:24     ONEMAIN,   P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
14670513        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 14 2018 02:31:43
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa.  17128-0946
14736599        E-mail/Text: bnc-quantum@quantum3group.com Dec 14 2018 02:31:35
                 Quantum3 Group LLC as agent for,    CF Medical LLC,   PO Box 788,    Kirkland, WA  98083-0788
14670072       +E-mail/PDF: cbp@onemainfinancial.com Dec 14 2018 02:39:59     Springleaf Financial Serivces,
                 PO Box 742536,    Cincinnati, OH 45274-2536
14706266        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 14 2018 02:40:40     Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,   Oklahoma City, OK  73124-8838
14655011        E-mail/Text: vci.bkcy@vwcredit.com Dec 14 2018 02:32:00     Volkswagen Credit,   P.O. Box 17497,
                 Baltimore, MD 21297-1497
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              VW Credit, Inc.
cr              Wells Fargo Bank, National Association As Trustee
14655009*      +Ally Bank,    P.O. Box 380902,    Bloomington, MN 55438-0902
14670067*      +Ally Bank,    P.O. Box 380902,    Bloomington, MN 55438-0902
14670068*      +Ally Bank,    P.O. Box 380902,    Bloomington, MN 55438-0902
14670071*      +Ocwen Loan Servicing,    P.O. Box 785056,    Orlando, FL 32878-5056
14670074*       Volkswagen Credit,    P.O. Box 17497,    Baltimore, MD 21297-1497
14670070      ##+MBM Collections LLC,    3301 McCrady Road,    Pittsburgh, PA 15235-5137
                                                                                    TOTALS: 2, * 5, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0315-2          User: jhel              Page 2 of 2            Date Rcvd: Dec 13, 2018
                              Form ID: 149            Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2018 at the address(es) listed below:
              Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              James  Warmbrodt     on behalf of Creditor    VW Credit, Inc. bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Wells Fargo Bank, National Association As Trustee For
               et. al. pawb@fedphe.com,    james.prostko@phelanhallinan.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jennifer L. Cerce    on behalf of Creditor    Wilkinsburg School District and Borough of
               Wilkinsburg jlc@mbm-law.net
              Jerome B. Blank    on behalf of Creditor    Wells Fargo Bank, National Association As Trustee For
               et. al. pawb@fedphe.com
              Lauren M. Lamb    on behalf of Debtor Ronald E. Garrett
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;dambrose@steidl-steinberg.com;cgoga@s
               teidl-steinberg.com;lamblr53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
               dl-steinberg.com
              Neal R. Cramer    on behalf of Creditor    PAAC Transit Division FCU nrc@jpilaw.com,   mgh@jpilaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas  Song    on behalf of Creditor    Wells Fargo Bank, National Association As Trustee For et.
               al. pawb@fedphe.com
                                                                                             TOTAL: 11
```