# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
RONALD E. GARRETT

Case No. 17-22780GLT

Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

Chapter 13

Movant

vs.

Document No __

WELLS FARGO BANK NA - TRUSTEE

Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE ARR. to be issued in this case and relating to Debtor's account number 5093.

Regular mortgage payments are currently being directed to the following creditor at the following address:

WELLS FARGO BANK NA - TRUSTEE
C/O OCWEN LOAN SERVICING LLC(*)
1661 WORTHINGTON RD STE 100
W PALM BEACH,FL 33409

Movant has been requested to send payments to:
PHH MORTGAGE SERVICES
PO BOX 371458
PITTSBURGH, PA 15250-7458

The Chapter 13 Trustee's CID Records of WELLS FARGO BANK NA - TRUSTEE have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 5/2/2019.

|  |  |  |
|---|---|---|
|  |  | /s/ Ronda J. Winnecour |
|  |  | RONDA J WINNECOUR PA ID #30399 |
|  |  | CHAPTER 13 TRUSTEE WD PA |
| cc: | Debtor | 600 GRANT STREET |
|  | Original creditor | SUITE 3250 US STEEL TWR |
|  | Putative creditor | PITTSBURGH, PA  15219 |
|  | Debtor's Counsel | (412) 471-5566 |
|  |  | cmecf@chapter13trusteewdpa.com |

| | |
|---|---|
| DEBTOR(S):<br>RONALD E. GARRETT, 7939 ORLAN PLACE, VERONA, PA  15147<br><br>:<br>OCWEN LOAN SERVICING LLC**, ATTN BANKRUPTCY NOTICING, PO BOX 24605, WEST PALM BEACH, FL 33416-4605<br><br>ORIGINAL CREDITOR'S COUNSEL:<br>THOMAS SONG ESQ, PHELAN HALLINAN DIAMOND & JONES LLP, OMNI WILLIAM PENN OFFICE TOWER, 555 GRANT ST STE 300, PITTSBURGH, PA  15219<br><br>NEW CREDITOR:<br>PHH MORTGAGE SERVICES<br>PO BOX 371458<br>PITTSBURGH, PA 15250-7458 | DEBTOR'S COUNSEL:<br>LAUREN M LAMB ESQ, STEIDL & STEINBERG, 707 GRANT ST 28TH FLOOR, PITTSBURGH, PA  15219<br><br>ORIGINAL CREDITOR:<br>WELLS FARGO BANK NA - TRUSTEE, C/O OCWEN LOAN SERVICING LLC(*), 1661 WORTHINGTON RD STE 100, W PALM BEACH, FL  33409 |