**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
RONALD E. GARRETT

Case No. 17-22780GLT

Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,
    Movant

Chapter 13

  vs.

WELLS FARGO BANK NA - TRUSTEE
    Respondents

Document No __

**NOTICE OF FUNDS ON RESERVE**

    The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE REGULAR PAYMENT to be issued in this case and relating to Debtor's account number 5093.

    Regular mortgage payments are currently being directed to the following creditor at the following address:

    WELLS FARGO BANK NA - TRUSTEE
    C/O OCWEN LOAN SERVICING LLC(*)
    1661 WORTHINGTON RD STE 100
    W PALM BEACH,FL 33409

    Movant has been requested to send payments to:
    PHH MORTGAGE SERVICES
    PO BOX 371458
    PITTSBURGH, PA 15250-7458

    The Chapter 13 Trustee's CID Records of WELLS FARGO BANK NA - TRUSTEE have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

    The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 5/2/2019.

|  |  |
|---|---|
| cc: | Debtor<br>Original creditor<br>Putative creditor<br>Debtor's Counsel |

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
RONALD E. GARRETT, 7939 ORLAN PLACE, VERONA, PA  15147

:
OCWEN LOAN SERVICING LLC**, ATTN BANKRUPTCY NOTICING, PO BOX 24605, WEST PALM BEACH, FL 33416-4605

ORIGINAL CREDITOR'S COUNSEL:
THOMAS SONG ESQ, PHELAN HALLINAN DIAMOND & JONES LLP, OMNI WILLIAM PENN OFFICE TOWER, 555 GRANT ST STE 300, PITTSBURGH, PA  15219

NEW CREDITOR:
PHH MORTGAGE SERVICES
PO BOX 371458
PITTSBURGH, PA 15250-7458

DEBTOR'S COUNSEL:
LAUREN M LAMB ESQ, STEIDL & STEINBERG, 707 GRANT ST 28TH FLOOR, PITTSBURGH, PA  15219

ORIGINAL CREDITOR:
WELLS FARGO BANK NA - TRUSTEE, C/O OCWEN LOAN SERVICING LLC(*), 1661 WORTHINGTON RD STE 100, W PALM BEACH, FL  33409