IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Ronald E. Garrett, | ) | Case No. 17-22780 GLT |
| | ) | Chapter 13 |
|     Debtor | ) | Related to Docket No. 104-105 |
| | ) | |
| | ) | Hearing Date and Time: |
| Ronald E. Garrett, | ) | January 15, 2020 at 10:30 AM |
| | ) | |
|     Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Allegheny County, Allstate Insurance, | ) | |
| Ally Bank, KeyBank, MBM Collections, | ) | |
| One Main, Ocwen Loan Servicing, | ) | |
| P.A.A.C. Transit Division, Penn Hills, | ) | |
| PA Dept. of Revenue, Springleaf Financial | ) | |
| Services, VW Credit, Inc., Verizon, | ) | |
| Wilkinsburg, and Ronda J. Winnecour, | ) | |
| Trustee, | ) | |
| | ) | |
|     Respondents | ) | |

## **CERTIFICATION OF NO OBJECTION REGARDING MOTION TO APPROVE POST PETITION AUTOMOBILE FINANCING**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Approve Post-Petition Automobile Financing filed on December 10, 2019 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Approve Post-Petition Automobile Financing appears thereon.  Pursuant to the Notice of Hearing, objections for Motion to Approve Post-Petition Automobile Financing were to be filed and served no later than December 27, 2019**.**

    It is hereby respectfully requested that the Order attached to the Motion to Approve Post-Petition Automobile Financing be entered by the Court.

    Respectfully submitted,

December 30, 2019                    /s/ Lauren M. Lamb_____
Date:                                       Lauren M. Lamb, Esquire
                                                Attorney for the Debtor

                                                STEIDL & STEINBERG
                                                Suite 2830, Gulf Tower
                                                707 Grant Street
                                                Pittsburgh, PA 15219
                                                (412) 391-8000
                                                Llamb@steidl-steinberg.com
                                                PA I.D. No. 209201