IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Ronald E. Garrett, | ) | Case No. 17-22780 GLT |
| | ) | Chapter 13 |
| Debtor | ) | Docket No. |
| | ) | |
| | ) | |
| Ronald E. Garrett, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Allegheny County, Allstate Insurance, | ) | |
| Ally Bank, KeyBank, MBM Collections, | ) | |
| One Main, Ocwen Loan Servicing, | ) | |
| P.A.A.C. Transit Division, Penn Hills, | ) | |
| PA Dept. of Revenue, Springleaf Financial | ) | |
| Services, VW Credit, Inc., Verizon, | ) | |
| Wilkinsburg, and Ronda J. Winnecour, | ) | |
| Trustee, | ) | |
| | ) | |
| Respondents | ) | |

## REPORT OF FINANCING

AND NOW, comes the Debtor, Ronald E. Garrett, by and through his attorney Lauren M. Lamb, and Steidl and Steinberg, Attorneys at Law, and respectfully represent as follows:

1. On December 31, 2019, this Honorable Court entered an order at Docket No. 107, approving the Debtor's request to finance a new vehicle

2. The order of court dated December 31, 2019 requires that the Debtor file a Report of Financing.

3. The Debtor purchased a 2016 Chevrolet Trax by way of financing through Ally Financial.

4. The amount of the loan is $17,815.96 at an interest rate of 17.49%.

5. The monthly loan payment $450.26 for 60 months.

6. The monthly loan payments began February 28, 2020.

WHEREFORE, the Debtor, Ronald E. Garrett, respectfully files this Report of Financing.

Respectfully submitted,

June 24, 2020                              /s/ Lauren M. Lamb
DATE                                       Lauren M. Lamb, Esquire
                                           Attorney for the Debtor

                                           STEIDL & STEINBERG
                                           Suite 2830, Gulf Tower
                                           707 Grant Street
                                           Pittsburgh, PA 15219
                                           (412) 391-8000
                                           Llamb@steidl-steinberg.com
                                           PA I.D. No. 209201