**Form 151**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Ronald E. Garrett**
 Debtor(s)

Bankruptcy Case No.: 17–22780–GLT

Chapter: 13
Docket No.: 111 – 108
Concil. Conf.: August 6, 2020 at 10:30 AM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the  29th    day of  June                   ,  2020 , I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

    U.S. First Class Mail

on the respondent(s) at (list names and addresses here):

    All parties listed on the attached mailing matrix.

Executed on ___June 29, 2020_____    ___/s/ Lauren M. Lamb_____
                      (Date)                            (Signature)

 Lauren M. Lamb, 707 Grant Street, Suite 2830, Pittsburgh, Pa 15219_____
(Type Name and Mailing Address of Person Who Made Service)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 17-22780-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Mon Jun 29 11:06:02 EDT 2020 | Allegheny County<br>c/o John Weinstein, Treasurer<br>P.O. Box 643385<br>Pittsburgh, PA 15264-3385 | Allstate Insurance<br>Po Box 55126<br>Boston, MA 02205-5126 |
| Ally Bank<br>P.O. Box 380902<br>Bloomington, MN 55438-0902 | Ally Financial<br>Tucker Arensberg, P.C.<br>c/o Brett A. Solomon, Esquire<br>1500 One PPG Place<br>Pittsburgh, Pa 15222-5413 | Ally Financial<br>PO Box 130424<br>Roseville MN 55113-0004 |
| Jerome B. Blank<br>Phelan Hallinan Diamond & Jones, LLP<br>Omni William Penn Office Tower<br>555 Grant Street, Suite 300<br>Pittsburgh, PA 15219-4408 | Jennifer L. Cerce<br>Maiello Brungo & Maiello<br>Southside Works<br>424 S. 27th Street, Ste 210<br>Pittsburgh, PA 15203-2380 | County of Allegheny<br>Goehring, Rutter, and Boehm<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 |
| County of Allegheny<br>Goehring, Rutter & Boehm<br>c/o Jeffrey R. Hunt, Esquire<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 | Neal R. Cramer<br>Jubelirer, Pass & Intrieri<br>219 Fort Pitt Boulevard<br>Pittsburgh, PA 15222-1576 | Ronald E. Garrett<br>7939 Orlan Place<br>Verona, PA 15147-1546 |
| Jeffrey R. Hunt<br>Goehring, Rutter & Boehm<br>437 Grant Street<br>14th Floor<br>Pittsburgh, PA 15219-6107 | KeyBank N.A., as S/B/M to First Niagara Bank<br>4910 Tiedeman Road<br>Brooklyn, OH 44144-2338 | Keybank<br>PO Box 94722<br>Cleveland, OH 44101-4722 |
| Lauren M. Lamb<br>Steidl & Steinberg<br>707 Grant Street<br>28th Floor - Gulf Tower<br>Pittsburgh, PA 15219-1908 | MBM Collections LLC<br>3301 McCrady Road<br>Pittsburgh, PA 15235-5137 | ONEMAIN<br>P.O. BOX 3251<br>EVANSVILLE, IN 47731-3251 |
| Ocwen Loan Servicing<br>P.O. Box 785056<br>Orlando, FL 32878-5056 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | P.A.A.C. Transit Division FCU<br>219 Fort Pitt Blvd. 2nd FL<br>Pittsburgh, PA 15222-1559 |
| PAAC Transit Division FCU<br>219 Fort Pitt Blvd<br>2nd Floor<br>Pittsburgh, PA 15222-1559 | Penn Hills Municipality<br>c/o Maiello Brungo & Maiello, LLP<br>100 Purity Road, Suite 3<br>Pittsburgh, PA 15235-4441 | Penn Hills School District<br>c/o Maiello Brungo & Maiello, LLP<br>100 Purity Road, Suite 3<br>Pittsburgh, PA 15235-4441 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division PO Box 280946<br>Harrisburg, Pa.  17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | James A. Prostko<br>Phelan Hallinan Diamond & Jones, LLP<br>Omni William Penn Office Tower<br>555 Grant Street<br>Suite 300<br>Pittsburgh, PA 15219-4408 |
| Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Brett A. Solomon<br>Tucker Arensberg, P.C.<br>1500 One PPG Place,<br>Pittsburgh, PA 15222-5413 | Thomas Song<br>Phelan Hallinan Diamond & Jones, LLP<br>1617 JFK Boulevard<br>Suite 1400<br>Philadelphia, PA 19103-1814 |

| | | |
|---|---|---|
| Springleaf Financial Serivces<br>PO Box 742536<br>Cincinnati, OH 45274-2536 | VW Credit, Inc.<br>PO Box 9013<br>Addison, Texas 75001-9013 | Verizon<br>PO Box 646<br>Pleasanton, CA 94566 |
| Verizon<br>by American InfoSource LP as agent<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Volkswagen Credit<br>P.O. Box 17497<br>Baltimore, MD 21297-1497 | WELLS FARGO BANK, NATIONAL ASSOCIATION et.al<br>OCWEN LOAN SERVICING, LLC<br>Attn: Bankruptcy Department, P.O. BOX 24<br>WEST PALM BEACH FL 33416-4605 |
| James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Wilkinsburg Borough<br>c/o Maiello Brungo & Maiello<br>100 Purity Road, Suite 3<br>Pittsburgh, PA 15235-4441 | Wilkinsburg Garbage<br>c/o Maiello, Brungo & Maiello<br>100 Purity Road, Suite 3<br>Pittsburgh, PA 15235-4441 |
| Wilkinsburg School District<br>c/o Maiello, Brungo & Maiello<br>100 Purity Road, Suite 3<br>Pittsburgh, PA 15235-4441 | Wilkinsburg School District and Borough of W<br>c/o Maiello Brungo & Maiello, LLP<br>100 Purity Road<br>Suite 3<br>`<br>Pittsburgh, PA 15235-4441 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)VW Credit, Inc. | (u)Wells Fargo Bank, National Association As | End of Label Matrix<br>Mailable recipients    41<br>Bypassed recipients     2<br>Total                  43 |