**Form 151**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Ronald E. Garrett**
  Debtor(s)

Bankruptcy Case No.: 17–22780–GLT

Chapter: 13
Docket No.: 126 – 125
Concil. Conf.: January 14, 2021 at 09:30 AM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the __13th_____ day of __November_____, _2020_, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

　　　U.S. First Class Mail

on the respondent(s) at (list names and addresses here):

　　　All parties listed on the attached mailing matrix.

Executed on ___November 13, 2020_____    ___/s/ Lauren M. Lamb_____
　　　　　　　　(Date)　　　　　　　　　　　　　　(Signature)

 Lauren M. Lamb, 707 Grant Street, Suite 2830, Pittsburgh, Pa 15219 _____
(Type Name and Mailing Address of Person Who Made Service)

```
Label Matrix for local noticing          Allegheny County                         Allstate Insurance
0315-2                                   c/o John Weinstein, Treasurer            Po Box 55126
Case 17-22780-GLT                        P.O. Box 643385                          Boston, MA 02205-5126
WESTERN DISTRICT OF PENNSYLVANIA         Pittsburgh, PA 15264-3385
Pittsburgh
Fri Nov 13 08:08:19 EST 2020

Ally Bank                                Ally Financial                           Ally Financial
P.O. Box 380902                          Tucker Arensberg, P.C.                   PO Box 130424
Bloomington, MN 55438-0902               c/o Brett A. Solomon, Esquire            Roseville MN 55113-0004
                                         1500 One PPG Place
                                         Pittsburgh, Pa 15222-5413

Jerome B. Blank                          Jennifer L. Cerce                        County of Allegheny
Phelan Hallinan Diamond & Jones, LLP     Maiello Brungo & Maiello                 Goehring, Rutter, and Boehm
1617 JFK Boulevard                       Southside Works                          437 Grant Street, 14th Floor
Philadelphia, PA 19103-1821              424 S. 27th Street, Ste 210              Frick Building
                                         Pittsburgh, PA 15203-2380                Pittsburgh, PA 15219-6101

County of Allegheny                      Neal R. Cramer                           Ronald E. Garrett
Goehring, Rutter & Boehm                 Jubelirer, Pass & Intrieri               7939 Orlan Place
c/o Jeffrey R. Hunt, Esquire             219 Fort Pitt Boulevard                  Verona, PA 15147-1546
437 Grant Street, 14th Floor             Pittsburgh, PA 15222-1576
Frick Building
Pittsburgh, PA 15219-6101

Mario J. Hanyon                          Jeffrey R. Hunt                          KeyBank N.A., as S/B/M to First Niagara Bank
Brock & Scott, PLLC                      Goehring, Rutter & Boehm                 4910 Tiedeman Road
302 Fellowship Road                      437 Grant Street                         Brooklyn, OH 44144-2338
Suite 130                                14th Floor
Mount Laurel, NJ 08054-1218              Pittsburgh, PA 15219-6107

Keybank                                  Lauren M. Lamb                           MBM Collections LLC
PO Box 94722                             Steidl & Steinberg                       3301 McCrady Road
Cleveland, OH 44101-4722                 707 Grant Street                         Pittsburgh, PA 15235-5137
                                         28th Floor - Gulf Tower
                                         Pittsburgh, PA 15219-1908

Brian Nicholas                           ONEMAIN                                  Ocwen Loan Servicing
KML Law Group, P.C.                      P.O. BOX 3251                            P.O. Box 785056
701 Market Street                        EVANSVILLE, IN 47731-3251                Orlando, FL 32878-5056
Suite 5000
Philadelphia, PA 19106-1541

Office of the United States Trustee      P.A.A.C. Transit Division FCU            PAAC Transit Division FCU
Liberty Center.                          219 Fort Pitt Blvd. 2nd FL               219 Fort Pitt Blvd
1001 Liberty Avenue, Suite 970           Pittsburgh, PA 15222-1559                2nd Floor
Pittsburgh, PA 15222-3721                                                         Pittsburgh, PA 15222-1559

PHH Mortgage Services                    Penn Hills Municipality                  Penn Hills School District
 Attn Bankruptcy Department              c/o Maiello Brungo & Maiello, LLP        c/o Maiello Brungo & Maiello, LLP
 PO Box 24605                            100 Purity Road, Suite 3                 100 Purity Road, Suite 3
 West Palm Beach, FL 33416-4605          Pittsburgh, PA 15235-4441                Pittsburgh, PA 15235-4441

Pennsylvania Department of Revenue       Pennsylvania Dept. of Revenue            James A. Prostko
Bankruptcy Division                      Department 280946                        Phelan Hallinan Diamond & Jones, LLP
P.O. Box 280946                          P.O. Box 280946                          Omni William Penn Office Tower
Harrisburg, PA 17128-0946                ATTN: BANKRUPTCY DIVISION                555 Grant Street
                                         Harrisburg, PA 17128-0946                Suite 300
                                                                                  Pittsburgh, PA 15219-4408
```

```
Quantum3 Group LLC as agent for         Brett A. Solomon                      Thomas Song
CF Medical LLC                          Tucker Arensberg, P.C.                Phelan Hallinan Diamond & Jones, LLP
PO Box 788                              1500 One PPG Place,                   1617 JFK Boulevard
Kirkland, WA  98083-0788                Pittsburgh, PA 15222-5413             Suite 1400
                                                                              Philadelphia, PA 19103-1814


Springleaf Financial Serivces           VW Credit, Inc.                       Verizon
PO Box 742536                           PO Box 9013                           PO Box 646
Cincinnati, OH 45274-2536               Addison, Texas 75001-9013             Pleasanton, CA 94566



Verizon                                 Volkswagen Credit                     WELLS FARGO BANK, NATIONAL ASSOCIATION et.al
by American InfoSource LP as agent      P.O. Box 17497                        OCWEN LOAN SERVICING, LLC
PO Box 248838                           Baltimore, MD 21297-1497              Attn: Bankruptcy Department, P.O. BOX 24
Oklahoma City, OK  73124-8838                                                 WEST PALM BEACH FL 33416-4605



Wilkinsburg Borough                     Wilkinsburg Garbage                   Wilkinsburg School District
c/o Maiello Brungo & Maiello            c/o Maiello, Brungo & Maiello         c/o Maiello, Brungo & Maiello
100 Purity Road, Suite 3                100 Purity Road, Suite 3              100 Purity Road, Suite 3
Pittsburgh, PA 15235-4441               Pittsburgh, PA 15235-4441             Pittsburgh, PA 15235-4441



Wilkinsburg School District and Borough of W   Ronda J. Winnecour
c/o Maiello Brungo & Maiello, LLP              Suite 3250, USX Tower
100 Purity Road                                600 Grant Street
Suite 3                                        Pittsburgh, PA 15219-2702
`
Pittsburgh, PA 15235-4441
```

              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)PHH MORTGAGE CORPORATION              (d)Pennsylvania Department of Revenue      (u)VW Credit, Inc.
                                         Bankruptcy Division PO Box 280946
                                         Harrisburg, Pa.  17128-0946



(u)Wells Fargo Bank, National Association As    End of Label Matrix
                                                Mailable recipients    43
                                                Bypassed recipients     4
                                                Total                  47
```