**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| IN RE: | ) |  |
|  | ) | Case No. 17-22780 GLT |
| Ronald E. Garrett, | ) | Chapter 13 |
|  | ) |  |
| Social Security No. XXX-XX- 9405 | ) |  |
|  | ) |  |
| *Debtor* | ) | Document No. WO-1 |
|  | ) |  |
| Ronald E. Garrett, | ) |  |
|  | ) | Related to Dkt. No. 132 |
| *Movant* | ) |  |
|  | ) |  |
| *vs.* | ) |  |
|  | ) |  |
| Port Authority of Allegheny County and | ) |  |
| Ronda J. Winnecour, Trustee, | ) |  |
|  | ) |  |
| *Respondent(s)* | ) |  |

FILED
11/19/20 10:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## <u>AMENDED ORDER TO PAY TRUSTEE</u>

The above-named debtor having filed a Chapter 13 petition

IT IS THEREFORE, ORDERED that until further order of this Court, the entity from whom the debtor receives income:

**Port Authority of Allegheny County**
**Attn: Payroll Dept.**
**345 Sixth Avenue**
**Pittsburgh, PA 15222**

deduct from said income the sum of **<u>$1,134.00</u> from each bi-weekly paycheck** beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the debtor and to remit the deductible sums ON AT LEAST A MONTHLY BASIS to:

Ronda Winnecour
Chapter 13 Trustee, W.D. PA
P. O. Box 84051
Chicago, IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Trustee if the debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of the debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF SAID DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the subject entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to the Court.

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

DATED: November 19, 2020

Honorable Gregory L. Taddonio
U.S. BANKRUPTCY JUDGE

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 17-22780-GLT
Ronald E. Garrett                                                               Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2                        User: dpas                              Page 1 of 2
Date Rcvd: Nov 19, 2020                     Form ID: pdf900                         Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2020:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db | + Ronald E. Garrett, 7939 Orlan Place, Verona, PA 15147-1546 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2020                     Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2020 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brett A. Solomon | on behalf of Creditor Ally Financial brett.solomon@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor VW Credit  Inc. bnicholas@kmllawgroup.com |
| James A. Prostko | on behalf of Creditor Wells Fargo Bank  National Association As Trustee For et. al. pawb@fedphe.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com  cnoroski@grblaw.com |
| Jennifer L. Cerce | on behalf of Creditor Wilkinsburg School District and Borough of Wilkinsburg jlc@mbm-law.net |
| Jerome B. Blank | on behalf of Creditor Wells Fargo Bank  National Association As Trustee For et. al. pawb@fedphe.com |

District/off: 0315-2                                    User: dpas                                    Page 2 of 2
Date Rcvd: Nov 19, 2020                         Form ID: pdf900                          Total Noticed: 1

Lauren M. Lamb

on behalf of Debtor Ronald E. Garrett
julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;Lamb
LR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Mario J. Hanyon

on behalf of Creditor Wells Fargo Bank  National Association As Trustee For et. al. mario.hanyon@brockandscott.com,
wbecf@brockandscott.com

Neal R. Cramer

on behalf of Creditor PAAC Transit Division FCU nrc@jpilaw.com  mgh@jpilaw.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

Thomas Song

on behalf of Creditor PHH MORTGAGE CORPORATION pawb@fedphe.com

Thomas Song

on behalf of Creditor Wells Fargo Bank  National Association As Trustee For et. al. pawb@fedphe.com


TOTAL: 13