**Form 151**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Ronald E. Garrett**
  Debtor(s)

Bankruptcy Case No.: 17–22780–GLT

Chapter: 13
Docket No.: 134 – 132
Concil. Conf.: January 14, 2021 at 09:30 AM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the __23rd__ day of ___November___, _2020_, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

    U.S. First Class Mail

on the respondent(s) at (list names and addresses here):

    All parties listed on the attached mailing matrix.

Executed on __November 23, 2020__     __/s/ Lauren M. Lamb__
                (Date)                       (Signature)

__Lauren M. Lamb, 707 Grant Street, Suite 2830, Pittsburgh, Pa 15219__
(Type Name and Mailing Address of Person Who Made Service)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 17-22780-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Mon Nov 23 09:22:34 EST 2020 | Allegheny County<br>c/o John Weinstein, Treasurer<br>P.O. Box 643385<br>Pittsburgh, PA 15264-3385 | Allstate Insurance<br>Po Box 55126<br>Boston, MA 02205-5126 |
| Ally Bank<br>P.O. Box 380902<br>Bloomington, MN 55438-0902 | Ally Financial<br>Tucker Arensberg, P.C.<br>c/o Brett A. Solomon, Esquire<br>1500 One PPG Place<br>Pittsburgh, Pa 15222-5413 | Ally Financial<br>PO Box 130424<br>Roseville MN 55113-0004 |
| Jerome B. Blank<br>Phelan Hallinan Diamond & Jones, LLP<br>1617 JFK Boulevard<br>Philadelphia, PA 19103-1821 | Jennifer L. Cerce<br>Maiello Brungo & Maiello<br>Southside Works<br>424 S. 27th Street, Ste 210<br>Pittsburgh, PA 15203-2380 | County of Allegheny<br>Goehring, Rutter, and Boehm<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 |
| County of Allegheny<br>Goehring, Rutter & Boehm<br>c/o Jeffrey R. Hunt, Esquire<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 | Neal R. Cramer<br>Jubelirer, Pass & Intrieri<br>219 Fort Pitt Boulevard<br>Pittsburgh, PA 15222-1576 | Ronald E. Garrett<br>7939 Orlan Place<br>Verona, PA 15147-1546 |
| Mario J. Hanyon<br>Brock & Scott, PLLC<br>302 Fellowship Road<br>Suite 130<br>Mount Laurel, NJ 08054-1218 | Jeffrey R. Hunt<br>Goehring, Rutter & Boehm<br>437 Grant Street<br>14th Floor<br>Pittsburgh, PA 15219-6107 | KeyBank N.A., as S/B/M to First Niagara Bank<br>4910 Tiedeman Road<br>Brooklyn, OH 44144-2338 |
| Keybank<br>PO Box 94722<br>Cleveland, OH 44101-4722 | Lauren M. Lamb<br>Steidl & Steinberg<br>707 Grant Street<br>28th Floor - Gulf Tower<br>Pittsburgh, PA 15219-1908 | MBM Collections LLC<br>3301 McCrady Road<br>Pittsburgh, PA 15235-5137 |
| Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | ONEMAIN<br>P.O. BOX 3251<br>EVANSVILLE, IN 47731-3251 | Ocwen Loan Servicing<br>P.O. Box 785056<br>Orlando, FL 32878-5056 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | P.A.A.C. Transit Division FCU<br>219 Fort Pitt Blvd. 2nd FL<br>Pittsburgh, PA 15222-1559 | PAAC Transit Division FCU<br>219 Fort Pitt Blvd<br>2nd Floor<br>Pittsburgh, PA 15222-1559 |
| PHH Mortgage Services<br>Attn Bankruptcy Department<br>PO Box 24605<br>West Palm Beach, FL 33416-4605 | Penn Hills Municipality<br>c/o Maiello Brungo & Maiello, LLP<br>100 Purity Road, Suite 3<br>Pittsburgh, PA 15235-4441 | Penn Hills School District<br>c/o Maiello Brungo & Maiello, LLP<br>100 Purity Road, Suite 3<br>Pittsburgh, PA 15235-4441 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | James A. Prostko<br>Phelan Hallinan Diamond & Jones, LLP<br>Omni William Penn Office Tower<br>555 Grant Street<br>Suite 300<br>Pittsburgh, PA 15219-4408 |

```
Quantum3 Group LLC as agent for        Brett A. Solomon                       Thomas Song
CF Medical LLC                         Tucker Arensberg, P.C.                 Phelan Hallinan Diamond & Jones, LLP
PO Box 788                             1500 One PPG Place,                    1617 JFK Boulevard
Kirkland, WA  98083-0788               Pittsburgh, PA 15222-5413              Suite 1400
                                                                              Philadelphia, PA 19103-1814


Springleaf Financial Serivces          VW Credit, Inc.                        Verizon
PO Box 742536                          PO Box 9013                            PO Box 646
Cincinnati, OH 45274-2536              Addison, Texas 75001-9013              Pleasanton, CA 94566



Verizon                                Volkswagen Credit                      WELLS FARGO BANK, NATIONAL ASSOCIATION et.al
by American InfoSource LP as agent     P.O. Box 17497                         OCWEN LOAN SERVICING, LLC
PO Box 248838                          Baltimore, MD 21297-1497               Attn: Bankruptcy Department, P.O. BOX 24
Oklahoma City, OK  73124-8838                                                 WEST PALM BEACH FL 33416-4605



Wilkinsburg Borough                    Wilkinsburg Garbage                    Wilkinsburg School District
c/o Maiello Brungo & Maiello           c/o Maiello, Brungo & Maiello          c/o Maiello, Brungo & Maiello
100 Purity Road, Suite 3               100 Purity Road, Suite 3               100 Purity Road, Suite 3
Pittsburgh, PA 15235-4441              Pittsburgh, PA 15235-4441              Pittsburgh, PA 15235-4441



Wilkinsburg School District and Borough of W    Ronda J. Winnecour
c/o Maiello Brungo & Maiello, LLP      Suite 3250, USX Tower
100 Purity Road                        600 Grant Street
Suite 3                                Pittsburgh, PA 15219-2702
`
Pittsburgh, PA 15235-4441




           The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)PHH MORTGAGE CORPORATION            (d)Pennsylvania Department of Revenue         (u)VW Credit, Inc.
                                       Bankruptcy Division PO Box 280946
                                       Harrisburg, Pa.  17128-0946



(u)Wells Fargo Bank, National Association As    End of Label Matrix
                                       Mailable recipients     43
                                       Bypassed recipients      4
                                       Total                   47
```