IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 17-22780 GLT |
| Ronald E. Garrett, | ) Chapter 13 |
| | ) |
| Social Security No. XXX-XX- 9405 | ) Related to Docket No. 135 |
| | ) |
| *Debtor* | ) Document No. WO-1 |
| | ) |
| Ronald E. Garrett, | ) |
| | ) |
| *Movant* | ) |
| | ) |
| *vs.* | ) |
| | ) |
| Port Authority of Allegheny County and | ) |
| Ronda J. Winnecour, Trustee, | ) |
| | ) |
| *Respondent(s)* | ) |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on November 23, 2020, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Port Authority of Allegheny County
Attn: Payroll Dept.
345 Sixth Avenue
Pittsburgh, PA 15222

Ronald Garrett
7939 Orlan Place
Verona, PA 15147

Date of Service: November 23, 2020    /s/ Lauren M. Lamb
    Lauren M. Lamb, Esquire
    Attorney for the Debtor

    STEIDL & STEINBERG
    Suite 2830, Gulf Tower
    707 Grant Street
    Pittsburgh, PA 15219
    (412) 391-8000
    Llamb@steidl-steinberg.com
    PA I.D. No. 209201