**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No. 17-22780-GLT |
| | : | |
| RONALD E. GARRETT, | : | Chapter 13 |
| | : | |
| Debtor. | : | Related to Doc. No. 141 |
| | : | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on December 9, 2020, a true and correct copy of the Notice of Appearance and Request for Service of Papers filed on behalf of Beverly Weiss Manne and Maribeth Thomas was served on all parties entitled to get notice pursuant to the Court's CM/ECF electronic notification system, and upon the Debtor by First Class U.S. Mail, postage prepaid, at the following address:

> Ronald E. Garrett
> 7939 Orlan Place
> Verona, PA  15147

Dated:  December 9, 2020

*/s/ Maribeth Thomas*
Beverly Weiss Manne, Esquire
PA I.D. No. 34545
Maribeth Thomas, Esquire
PA I.D. No. 208376
1500 One PPG Place
Pittsburgh, PA  15222
Phone:  412-566-1212
Fax:  412-594-5619
Email:  bmanne@tuckerlaw.com;
mthomas@tuckerlaw.com

*Counsel for Ally Financial*