FILED
3/5/21 10:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Ronald E. Garrett, ) | Bankruptcy No. 17-22780-GLT |
| ) | Chapter 13 |
| Debtor ) | |
| ) | Related to Dkt. No. 146 |
| Steidl & Steinberg, P.C. ) | Hearing: March 10, 2021 at 9:00 a.m. |
| ) | |
| Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| Office of the U.S. Trustee, Ronda J. ) | |
| Winnecour, Trustee, Allegheny County, ) | |
| Allstate Insurance, Ally Bank, Ally Financial, ) | |
| County of Allegheny, KeyBank, N.A., as ) | |
| S/B/M to First Niagara Bank, KeyBank, ) | |
| MBM Collections, Inc., OneMain, Ocwen ) | |
| Loan Servicing, P.A.A.C. Transit Division ) | |
| FCU, PHH Mortgage Services, Penn Hills ) | |
| Municipality, Penn Hills School District, ) | |
| Pennsylvania Department of Revenue, ) | |
| Quantum3 Group, LLC as agent for CF ) | |
| Medical, LLC, Springleaf Financial Services, ) | |
| VW Credit, Inc., Verizon, Verizon by ) | |
| American Infosource, LP as agent, ) | |
| Volkswagen Credit, Wells Fargo Bank, ) | |
| National Association et. al, Wilkinsburg ) | |
| Borough, Wilkinsburg Garbage, Wilkinsburg ) | |
| School District, Wilkinsburg School District ) | |
| and Borough of Wilkinsburg, ) | |
| ) | |
| Respondents ) | |

## MODIFIED DEFAULT ORDER

AND NOW, to-wit this 5th day of March 2021, after consideration of the Application for Interim Compensation by Counsel for Debtor it is hereby ORDERED, ADJUDGED and DECREED that:

1) The Application for Interim Compensation is approved in the additional amount of $3,500.00 for work performed in the Chapter 13 case by Debtor's counsel from October 30, 2018 to January 26, 2021.

2) The Debtor paid his counsel for administrative costs and expenses totaling $500.00 prior to case filing. Expenses reimbursement of $0.00 is being requested here.

3) Before the approval of this Fee Application, the Debtor's counsel was paid a $600.00 retainer prior to filing and has been paid, or is approved (in prior plan(s)) to be paid, $3,400.00 by the Chapter 13 Trustee. With the approval of this Fee Application, the total amount of allowed fees in this case for Debtor's counsel is $10,017.50, provided, however, the total to be paid through the Plan by the Trustee is $9,417.50 (representing the $3,400.00 previously approved to be paid (as set forth above), $2,517.50 in fees approved by Order of Court dated December 4, 2018 and an additional $3,500.00.

4) The fees requested will not decrease the amount to be paid to other creditors being paid through the Chapter 13 Plan.

13. The additional $3,500.00 in fees was included in the confirmed amended Chapter 13 Plan dated November 18, 2020. Therefore, no amended Plan is necessary.

5) The Clerk shall record the award of compensation for services rendered for the period of October 30, 2018 through January 26, 2021 are in the amount of $6,517.50, which includes a $600.00 retainer previously paid to the applicant. Additional compensation is awarded in the amount of $3,500.00.

Prepared by: Lauren Lamb, Esq.

**DEFAULT ENTRY**

Dated: March 05, 2021

_____
Gregory L. Addonio    jah
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-22780-GLT |
| Ronald E. Garrett | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 1 of 2 |
| Date Rcvd: Mar 05, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ronald E. Garrett, 7939 Orlan Place, Verona, PA 15147-1546 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Beverly Weiss Manne | on behalf of Creditor Ally Financial bmanne@tuckerlaw.com  bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Brett A. Solomon | on behalf of Creditor Ally Financial brett.solomon@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor VW Credit  Inc. bnicholas@kmllawgroup.com |
| James A. Prostko | on behalf of Creditor Wells Fargo Bank  National Association As Trustee For et. al. pawb@fedphe.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com  cnoroski@grblaw.com |
| Jennifer L. Cerce | on behalf of Creditor Wilkinsburg School District and Borough of Wilkinsburg jlc@mbm-law.net |

| District/off: 0315-2 | User: dpas | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 05, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Jerome B. Blank
    on behalf of Creditor Wells Fargo Bank  National Association As Trustee For et. al. pawb@fedphe.com

Lauren M. Lamb
    on behalf of Debtor Ronald E. Garrett julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Maribeth Thomas
    on behalf of Creditor Ally Financial mthomas@tuckerlaw.com  maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Mario J. Hanyon
    on behalf of Creditor Wells Fargo Bank  National Association As Trustee For et. al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon
    on behalf of Creditor Wells Fargo Bank  National Association as Trustee for Option One Mortgage Loan Trust 2006-1, Asset-Backed Certificates, Series 2006-1 wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Neal R. Cramer
    on behalf of Creditor PAAC Transit Division FCU nrc@jpilaw.com  mgh@jpilaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor Wells Fargo Bank  National Association As Trustee For et. al. pawb@fedphe.com

Thomas Song
    on behalf of Creditor PHH MORTGAGE CORPORATION pawb@fedphe.com

TOTAL: 16