# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

| | |
|---|---|
| IN RE:<br>RONALD E GARRETT<br>   Debtor | Case No. 17-22780-GLT<br><br>Chapter 13<br>Hearing Date: 07/21/2021 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2006-1, ASSET-BACKED CERTIFICATES, SERIES 2006-1<br>   Movant<br>                  vs.<br>RONALD E GARRETT<br>   and<br>RONDA J WINNECOUR (TRUSTEE)<br>   Respondents | Hearing Time: 10:00 am<br><br>Objection Date: 07/14/2021 |

## CERTIFICATE OF SERVICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I certify under penalty of perjury that I served or caused to be served the above captioned pleading Motion for Relief from the Automatic Stay and the Notice of Hearing on the parties at the addresses shown below or on the attached list on **June 11, 2021**.

The types of service made on the parties were: Electronic Notification and First Class Mail.

Service by First Class Mail

RONALD E. GARRETT
7939 ORLAN PLACE
VERONA, PA 15147

LAUREN M. LAMB, ESQUIRE
STEIDL & STEINBERG
707 GRANT STREET
28TH FLOOR - GULF TOWER
PITTSBURGH, PA 15219

RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

Service by Electronic Notification

RONDA J WINNECOUR, BANKRUPTCY TRUSTEE
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219
cmecf@chapter13trusteewdpa.com

LAUREN M. LAMB, ESQUIRE
STEIDL & STEINBERG
707 GRANT STREET
28TH FLOOR - GULF TOWER
PITTSBURGH, PA 15219
llamb@steidl-steinberg.com

U.S. TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER.
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222
Ustp.region03@usdoj.gov

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

**June 11, 2021**

                */s/ Mario Hanyon*
                Mario Hanyon
                (Bar No. 203993)
                Attorney for Creditor
                BROCK & SCOTT, PLLC
                302 Fellowship Road, Ste 130
                Mount Laurel, NJ 08054
                Telephone:  844-856-6646 x4560
                Facsimile:  704-369-0760
                E-Mail:  pabkr@brockandscott.com