**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

03/04/2022

IN RE:

RONALD E. GARRETT
7939 ORLAN PLACE
VERONA, PA 15147
XXX-XX-9405          Debtor(s)

Case No. 17-22780 GLT

Chapter 13

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

3/4/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: VW CREDIT/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **JENNIFER L CERCE ESQ**<br>MAIELLO BRUNGO & MAIELLO LP<br>100 PURITY RD STE 3<br>PITTSBURGH, PA 15235 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WILKINSBURG BORO AND SD/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **COUNTY OF ALLEGHENY (RE TAX)***<br>C/O JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA 15102 | Trustee Claim Number: 3   INT %: 12.00%<br>Court Claim Number: 10<br>CLAIM: 832.95<br>COMMENT: 297F195*$/CL-PL@12%/PL*15-17/SCH-CL*W/19 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: F195 |
| **ALLY FINANCIAL(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ 85062-8367 | Trustee Claim Number: 4   INT %: 2.90%<br>Court Claim Number: 1<br>CLAIM: 19,486.08<br>COMMENT: $/CL-PL@2.9%/PL*ALLY BANK/SCH | CRED DESC: VEHICLE<br>ACCOUNT NO.: 7680 |
| **ALLY FINANCIAL(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ 85062-8367 | Trustee Claim Number: 5   INT %: 6.00%<br>Court Claim Number: 3<br>CLAIM: 25,230.44<br>COMMENT: $CL-PL@6%/PL*ALLY BANK/SCH | CRED DESC: VEHICLE<br>ACCOUNT NO.: 1704 |
| **WELLS FARGO BANK NA - TRUSTEE ET AL**<br>C/O PHH MORTGAGE CORP(*)<br>ONE MORTGAGE WAY - MAILSTOP: SBRP<br>MT LAUREL, NJ 08054 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 18<br>CLAIM: 0.00<br>COMMENT: CL18GOV W/ NMPC*PMT/DECL*DKT4LMT*BGN 8/17*FR WELLS/OCWEN-D117*RS/D | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 5093 |
| **VW CREDIT INC**<br>PO BOX 610353<br>DALLAS, TX 75261-0353 | Trustee Claim Number: 7   INT %: 6.00%<br>Court Claim Number: 5<br>CLAIM: 10,890.15<br>COMMENT: $/CL-PL@6%/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 1956 |
| **WILKINSBURG BOROUGH (RE)**<br>C/O MBM COLLECTIONS LLC (TAX DIVISION)–DL<br>FOXPOINT II<br>100 PURITY RD STE 3<br>PITTSBURGH, PA 15235 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 1,988.76<br>COMMENT: 297F195*CL7GOV*2810.56@10%/PL*15-16/CL*15-17/PL*NON% | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: F195 |
| **WILKINSBURG BOROUGH (TRASH)**<br>C/O MBM COLLECTIONS LLC (TAX DIVISION) DL<br>100 PURITY RD STE 3<br>FOXPOINTE II<br>PITTSBURGH, PA 15235 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 422.39<br>COMMENT: 297F195*$/CL-PL@0%/PL*15-16/CL-PL*0%/CL | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: F195 |
| **WILKINSBURG SD (WILKINSBURG) (RE)**<br>C/O MBM COLLECTIONS LLC (TAX DIVISION)–DL<br>FOXPOINT II<br>100 PURITY RD STE 3<br>PITTSBURGH, PA 15235 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 4,641.84<br>COMMENT: 297F195*CL6GOV*6557.22@0%/PL*09-16/CL*15-17/PL*NON INT | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: F195 |

| Creditor | Claim Info | Description |
|---|---|---|
| **ALLSTATE INSURANCE++**<br>P.O. BOX 12055<br><br>ROANOKE, VA  24022 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **KEYBANK NA S/B/M FIRST NIAGARA BANK NA**<br>PO BOX 94968<br><br>CLEVELAND, OH  44101 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:4<br><br>CLAIM:  2,906.40<br>COMMENT:  NO ACCT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9235 |
| **MAIELLO BRUNGO & MAEILLO LLP**<br>FOXPOINTE II<br>100 PURITY RD STE 3<br><br>PITTSBURGH, PA  15235 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **ONE MAIN FINANCIAL OF PA INC FKA SPRINGLE**<br>PO BOX 3251<br><br>EVANSVILLE, IN  47731-3251 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:9<br><br>CLAIM:  2,415.31<br>COMMENT:  NO ACCT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3634 |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br><br>OKLAHOMA CITY, OK  73124-8838 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:13<br><br>CLAIM:  1,730.01<br>COMMENT:  NO ACCT/SCH*CHARGE OFF 8/19/2016 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0001 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br><br>HARRISBURG, PA  17128 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:2<br><br>CLAIM:  96.47<br>COMMENT:  NT/SCH*$/CL-PL@0%/PL | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  9405 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br><br>HARRISBURG, PA  17128 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:2<br><br>CLAIM:  4.50<br>COMMENT:  NT/SCH*CL2GOV | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9405 |
| **WELLS FARGO BANK NA - TRUSTEE ET AL**<br>C/O PHH MORTGAGE CORP(*)<br>ONE MORTGAGE WAY - MAILSTOP: SBRP<br><br>MT LAUREL, NJ  08054 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:18<br><br>CLAIM:  4,345.73<br>COMMENT:  CL18GOV*$/CL-PL@OCWEN*THRU 7/17*FR WELLS/OCWEN-DOC 117*RS/DENIED | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  5093 |
| **COUNTY OF ALLEGHENY (RE TAX)***<br>C/O JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br><br>BETHEL PARK, PA  15102 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:10<br><br>CLAIM:  342.71<br>COMMENT:  297F195*NON%*$/CL-PL@0%/PL*15-17/SCH-CL*W/3 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  F195 |
| **P.A.A.C. TRANSIT DIV FCU**<br>219 FORT PITT BLVD 2ND FL*<br><br>PITTSBURGH, PA  15222 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:11<br><br>CLAIM:  5,057.80<br>COMMENT:  NT/SCH*LOAN NO 14*NO POD~EMAIL DONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9405 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **PHELAN HALLINAN DIAMOND & JONES LLP++**<br>1 PENN CENTER PLZ STE 1400<br>1617 JFK BLVD<br>PHILADELPHIA, PA 19103 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WELLS FARGO BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 1,334.47<br>COMMENT: NO ACCT/SCH*SCH@15*CHARGE OFF 5/9/2016 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 808.64<br>COMMENT: NO ACCT/SCH*SCH@15*CHARGE OFF 5/9/2016 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **PENN HILLS SD (PENN HILLS) (RE)**<br>C/O MBM COLLECTIONS LLC (TAX DIVISION) – D<br>FOXPOINT II<br>100 PURITY RD STE 3<br>PITTSBURGH, PA 15235 | Trustee Claim Number: 24  INT %: 10.00%<br>Court Claim Number: 15<br>CLAIM: 176.54<br>COMMENT: NT/SCH*230H67*$/CL-PL@10%/PL*WNTS 10%*09/CL*RS/DENIED*W/25 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0H67 |
| **PENN HILLS SD (PENN HILLS) (RE)**<br>C/O MBM COLLECTIONS LLC (TAX DIVISION) – D<br>FOXPOINT II<br>100 PURITY RD STE 3<br>PITTSBURGH, PA 15235 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 201.96<br>COMMENT: 230H67*NT/SCH*$/CL-PL@0%/PL*NON%*09/CL*RS/DENIED*W/24 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0H67 |
| **PENN HILLS MUNICIPALITY (RE TAX)**<br>C/O MBM COLLECTIONS LLC (TAX DIVISION) – D<br>FOXPOINT II<br>100 PURITY RD STE 3<br>PITTSBURGH, PA 15235 | Trustee Claim Number: 26  INT %: 10.00%<br>Court Claim Number: 16<br>CLAIM: 57.45<br>COMMENT: 230H67*NT/SCH*57.15@10%/PL*WNTS 10%*08/CL*RS/DENIED*W/27 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0H67 |
| **PENN HILLS MUNICIPALITY (RE TAX)**<br>C/O MBM COLLECTIONS LLC (TAX DIVISION) – D<br>FOXPOINT II<br>100 PURITY RD STE 3<br>PITTSBURGH, PA 15235 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 49.65<br>COMMENT: 230H67*NT/SCH*$/CL-PL@0%/PL*NON%*08/CL*RS/DENIED*W/27 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0H67 |
| **QUANTUM3 GROUP LLC AGNT - CF MEDICAL LL**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 75.00<br>COMMENT: NT/SCH*WEST PENN HOSPITAL-ALLEGHENY HEALTH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2287 |
| **ALLY FINANCIAL(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ 85062-8367 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PMT/PL*BGN 2/20*450.26X30+2=LMT*DK | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 4921 |
| **WELLS FARGO BANK NA - TRUSTEE ET AL**<br>C/O PHH MORTGAGE CORP(*)<br>ONE MORTGAGE WAY - MAILSTOP: SBRP<br>MT LAUREL, NJ 08054 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 18<br>CLAIM: 250.00<br>COMMENT: $/PL*NTC POSTPET FEE/EXP*REF CL*W/18*RS/DENIED | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 5093 |

| | | |
|---|---|---|
| **MARIO HANYON ESQ** | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| BROCK & SCOTT PLLC | Court Claim Number: | ACCOUNT NO.: |
| 302 FELLOWSHIP RD STE 130 | | |
| | CLAIM:  0.00 | |
| MT LAUREL, NJ  08054 | COMMENT:  WELLS FARGO BANK/PRAE | |
| | | |
| **TUCKER ARENSBERG PC** | Trustee Claim Number:32  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 1500 ONE PPG PL | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15222-5401 | COMMENT:  ALLY FNCL/PRAE | |
| | | |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC** | Trustee Claim Number:33  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| ATTN BANKRUPTCY NOTICING | Court Claim Number: | ACCOUNT NO.: |
| 4515 N SANTA FE AVE DEPT APS | | |
| | CLAIM:  0.00 | |
| OKLAHOMA CITY, OK  73118 | COMMENT:  ALLY BANK/PRAE | |