IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:<br>Ronald E Garrett | ) ) | Case No. 1722780GLT |
| | ) | Chapter 13 |
| Debtor(s) | ) ) | |
| Ronda J. Winnecour,<br>Chapter 13 Trustee | ) ) ) | Re. Doc. 162 |
| | ) | |
| Movant(s) | ) ) | |
| vs.<br>Wells Fargo Bank NA-Trustee et al | ) ) ) | |
| | ) ) | |
| Respondent(s) | ) | |

## WITHDRAWAL OF TRUSTEE'S NOTICE THAT MORTGAGE CLAIM HAS BEEN PAID IN FULL

The Trustee's Notice That Mortgage Claim Has Been Paid in Full that was filed in the above-referenced case on August 12, 2022 (document #162) is hereby WITHDRAWN.

Respectfully submitted

8/16/2022                          /s/ Ronda J. Winnecour

Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Ronald E Garrett ) | Case No. 1722780GLT |
| ) | Chapter 13 |
| Debtor(s) ) | |
| ) | |
| Ronda J. Winnecour, ) | Re. Doc. 162 |
| Chapter 13 Trustee ) | |
| ) | |
| Movant(s) ) | |
| ) | |
| vs. ) | |
| Wells Fargo Bank NA-Trustee et al ) | |
| ) | |
| ) | |
| Respondent(s) ) | |

CERTIFICATE OF SERVICE

    I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by regular United States mail, postage prepaid:

RONALD E. GARRETT
7939 ORLAN PLACE
VERONA, PA  15147

LAUREN M LAMB ESQ
STEIDL & STEINBERG
707 GRANT ST 28TH FLOOR
PITTSBURGH, PA  15219

WELLS FARGO BANK NA - TRUSTEE ET AL
C/O PHH MORTGAGE CORP(*)
ONE MORTGAGE WAY - MAILSTOP: SBRP
MT LAUREL, NJ  08054

PHH MORTGAGE CORP**
ATTNY BANKRUPTCY DEPT
PO BOX 24605
WEST PALM BEACH, FL  33416-4605

BROCK & SCOTT PLLC
302 FELLOWSHIP RD STE 130
MT LAUREL, NJ  08054

<u>8/16/2022</u>                                                          <u>/s/ Roberta Saunier</u>
date                                                                 Office of the Chapter 13 Trustee
                                                                     US Steel Tower – Suite 3250
                                                                     600 Grant Street
                                                                     Pittsburgh, PA  15219
                                                                     (412) 471-5566