FILED
8/17/22 9:17 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| Ronald E Garrett | ) | Case No. 1722780GLT |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | |
| Ronda J. Winnecour, | ) | Re. Doc. 162 |
| Chapter 13 Trustee | ) | |
| | ) | |
| Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| Wells Fargo Bank NA-Trustee et al | ) | Related to Docket No. 163 |
| | ) | |
| | ) | |
| Respondent(s) | ) | |

**WITHDRAWAL OF TRUSTEE'S NOTICE THAT MORTGAGE CLAIM HAS BEEN PAID IN FULL**

The Trustee's Notice That Mortgage Claim Has Been Paid in Full that was filed in the above-referenced case on August 12, 2022 (document #162) is hereby WITHDRAWN.

Respectfully submitted

8/16/2022                      /s/ Ronda J. Winnecour

Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SO ORDERED
August 17, 2022

drb

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-22780-GLT
Ronald E. Garrett     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2
Date Rcvd: Aug 17, 2022     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ronald E. Garrett, 7939 Orlan Place, Verona, PA 15147-1546 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Beverly Weiss Manne | on behalf of Creditor Ally Financial bmanne@tuckerlaw.com bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Brett A. Solomon | on behalf of Creditor Ally Financial brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor VW Credit Inc. bnicholas@kmllawgroup.com |
| James A. Prostko | on behalf of Creditor Wells Fargo Bank National Association As Trustee For et. al. jprostko@c-vlaw.com, jamesprostko@gmail.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jennifer L. Cerce | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Aug 17, 2022 | Form ID: pdf900 | Total Noticed: 1 |

        on behalf of Creditor Wilkinsburg School District and Borough of Wilkinsburg jlc@mbm-law.net

Jerome B. Blank
        on behalf of Creditor Wells Fargo Bank  National Association As Trustee For et. al. pawb@fedphe.com

Lauren M. Lamb
        on behalf of Debtor Ronald E. Garrett julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;jseech@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Maribeth Thomas
        on behalf of Creditor Ally Financial mthomas@tuckerlaw.com  maribeth.thomas@gmail.com,hgulliver@tuckerlaw.com

Mario J. Hanyon
        on behalf of Creditor Wells Fargo Bank  National Association As Trustee For et. al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon
        on behalf of Creditor Wells Fargo Bank  National Association as Trustee for Option One Mortgage Loan Trust 2006-1, Asset-Backed Certificates, Series 2006-1 wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Neal R. Cramer
        on behalf of Creditor PAAC Transit Division FCU nrc@jpilaw.com  mgh@jpilaw.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

Thomas Song
        on behalf of Creditor Wells Fargo Bank  National Association As Trustee For et. al. pawb@fedphe.com

Thomas Song
        on behalf of Creditor PHH MORTGAGE CORPORATION pawb@fedphe.com

TOTAL: 16