| UNITED STATES BANKRUPTCY COURT<br>WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh) || **NOTICE OF CHANGE OF ADDRESS** |
|---|---|---|
| Name of Debtor(s):<br><br>Ronald E. Garrett | Case Number:<br><br>2:2017-bk-22780 | |
| Name of Creditor:<br><br>PHH Mortgage Services || |
| Name of Current Servicer of account:<br><br>PHH Mortgage Services || **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br><br>PHH Mortgage Corporation<br>ATTN Bankruptcy Department<br>PO Box 24605<br>West Palm Beach, FL 33416<br><br>Telephone Number: 855-689-7367<br><br>Prior notice address:<br><br>1 Mortgage Way<br>Mount Laurel, NJ 08054 || **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br><br>PHH Mortgage Services<br>PO Box 24781<br>ATTN: SV 19<br>West Palm Beach, FL 33416<br><br>Telephone Number: 800-750-2518 || **X** Check this box if you are changing the address that payments will go to. |
| 1.   **Account Number:  5093** || _ Check this box if the account number has changed. |
| 2.   **Court Claim Number:  18** |||
| 3.   **Signature:**<br><br>**Check the appropriate box.**<br>       I am the creditor.<br>   X  I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.)<br>       I am the trustee, or the debtor.<br>       I am a guarantor, surety, endorser, or other codebtor.<br><br>  By:    /s/ John Shelley                              Date:  02/10/2023<br>          Authorized Filing Agent for PHH Mortgage Services |||

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                                    CASE NO.:    17-22780

**Ronald E. Garrett**                                                            CHAPTER:    13

  **Debtor(s).**

_____/

**CERTIFICATE OF SERVICE**

I hereby certify that on or before February 13, 2023, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

*Debtor:*            *By U.S. Postal Service First Class Mail Postage Prepaid:*

Ronald E. Garrett
7939 Orlan Place
Verona, PA 15147


*Debtor's Attorney:*            *By CM / ECF Filing:*

Lauren M. Lamb
Steidl & Steinberg
707 Grant Street
28th Floor - Gulf Tower
Pittsburgh, PA 15219


*Trustee:*            *By CM / ECF Filing:*

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219


/s/ John Shelley

        InfoEx, LLC
(as authorized agent for PHH Mortgage Services)