FILED
8/11/23 3:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Case No.17-22780GLT |
|   RONALD E. GARRETT | |
|        Debtor(s) | |
| Ronda J. Winnecour, Trustee | Chapter 13 |
|   Movant | |
|      vs. | |
|   RONALD E. GARRETT | Related to Docket No. 170 |
|        Respondents | |

| ORDER TO STOP PAYROLL DEDUCTIONS |
|---|

    AND NOW, this _ 11th Day of August, 2023 _, it is hereby ORDERED, ADJUDGED, and DECREED that,

                    Port Authority Alleg County*
                    Attn: Payroll Manager
                    345 6Th Ave 5Th Fl *
                    Pittsburgh,PA 15222

is hereby ordered to immediately terminate the attachment of the wages of RONALD E. GARRETT, social security number XXX-XX-9405.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of RONALD E. GARRETT.

                          BY THE COURT:

cc: Debtor(s)
    Debtor(s) Attorney

                          Gregory L. Taddonio, Chief Judge
                          United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Ronald E. Garrett

    Debtor

Case No. 17-22780-GLT

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 11, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ronald E. Garrett, 7939 Orlan Place, Verona, PA 15147-1546 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2023        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Beverly Weiss Manne | on behalf of Creditor Ally Financial bmanne@tuckerlaw.com  bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Brett A. Solomon | on behalf of Creditor Ally Financial brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor VW Credit  Inc. bnicholas@kmllawgroup.com |
| James A. Prostko | on behalf of Creditor Wells Fargo Bank  National Association As Trustee For et. al. jprostko@c-vlaw.com, jamesprostko@gmail.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jennifer L. Cerce | |

on behalf of Creditor Wilkinsburg School District and Borough of Wilkinsburg jlc@mbm-law.net

Jerome B. Blank

on behalf of Creditor Wells Fargo Bank  National Association As Trustee For et. al. jblank@pincuslaw.com,
brausch@pincuslaw.com

Lauren M. Lamb

on behalf of Debtor Ronald E. Garrett
julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Maribeth Thomas

on behalf of Creditor Ally Financial mthomas@tuckerlaw.com  maribeth.thomas@gmail.com

Mario J. Hanyon

on behalf of Creditor Wells Fargo Bank  National Association As Trustee For et. al. wbecf@brockandscott.com,
mario.hanyon@brockandscott.com

Mario J. Hanyon

on behalf of Creditor Wells Fargo Bank  National Association as Trustee for Option One Mortgage Loan Trust 2006-1,
Asset-Backed Certificates, Series 2006-1 wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Neal R. Cramer

on behalf of Creditor PAAC Transit Division FCU nrc@jpilaw.com  mgh@jpilaw.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

Thomas Song

on behalf of Creditor Wells Fargo Bank  National Association As Trustee For et. al. pawb@fedphe.com

Thomas Song

on behalf of Creditor PHH MORTGAGE CORPORATION pawb@fedphe.com


TOTAL: 16