| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Ronald E. Garrett <br> First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–9405 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 17–22780–GLT | |

# Order of Discharge                                                                                      12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Ronald E. Garrett

11/13/23                                                         **By the court:** Gregory L Taddonio
                                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W                                       **Chapter 13 Discharge**                                       page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 17-22780-GLT
Ronald E. Garrett  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3
Date Rcvd: Nov 13, 2023      Form ID: 3180W      Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Ronald E. Garrett, 7939 Orlan Place, Verona, PA 15147-1546 |
| cr | + | Ally Financial, Tucker Arensberg, P.C., c/o Brett A. Solomon, Esquire, 1500 One PPG Place, Pittsburgh, Pa 15222-5413 |
| cr | + | PAAC Transit Division FCU, 219 Fort Pitt Blvd, 2nd Floor, Pittsburgh, PA 15222-1559 |
| cr | + | Wilkinsburg School District and Borough of Wilkins, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14670065 | | Allegheny County, c/o John Weinstein, Treasurer, P.O. Box 643385, Pittsburgh, PA 15264-3385 |
| 14670070 | + | MBM Collections LLC, 3301 McCrady Road, Pittsburgh, PA 15235-5137 |
| 14655010 | + | Ocwen Loan Servicing, P.O. Box 785056, Orlando, FL 32878-5056 |
| 14700689 | + | P.A.A.C. Transit Division FCU, 219 Fort Pitt Blvd. 2nd FL, Pittsburgh, PA 15222-1559 |
| 14725018 | + | Penn Hills Municipality, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14725017 | + | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14670073 | | Verizon, PO Box 646, Pleasanton, CA 94566 |
| 14745410 | | WELLS FARGO BANK, NATIONAL ASSOCIATION et.al, OCWEN LOAN SERVICING, LLC, Attn: Bankruptcy Department, P.O. BOX 24, WEST PALM BEACH FL 33416-4605 |
| 14670075 | + | Wilkinsburg Borough, c/o Maiello Brungo & Maiello, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14670076 | + | Wilkinsburg Garbage, c/o Maiello, Brungo & Maiello, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14670077 | + | Wilkinsburg School District, c/o Maiello, Brungo & Maiello, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | EDI: PENNDEPTREV | Nov 14 2023 08:42:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 14 2023 03:54:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Nov 14 2023 08:42:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ebnjts@grblaw.com | Nov 14 2023 03:53:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 14670066 | + | EDI: CCS.COM | Nov 14 2023 08:42:00 | Allstate Insurance, Po Box 55126, Boston, MA 02205-5126 |
| 14655008 | + | EDI: GMACFS.COM | Nov 14 2023 08:42:00 | Ally Bank, P.O. Box 380902, Bloomington, MN 55438-0902 |
| 14668960 | | EDI: GMACFS.COM | Nov 14 2023 08:42:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14697541 | + | Email/Text: ebnjts@grblaw.com | | |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 13, 2023 | Form ID: 3180W | Total Noticed: 32 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 14 2023 03:53:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14672811 | ^ | MEBN | | |
| | | | Nov 14 2023 03:51:04 | KeyBank N.A., as S/B/M to First Niagara Bank, NA, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14670069 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | | |
| | | | Nov 14 2023 03:54:00 | Keybank, PO Box 94722, Cleveland, OH 44101-4722 |
| 14684982 | | EDI: AGFINANCE.COM | | |
| | | | Nov 14 2023 08:42:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 15266199 | | EDI: LCIPHHMRGT | | |
| | | | Nov 14 2023 08:42:00 | PHH Mortgage Services, Attn Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 14670513 | | EDI: PENNDEPTREV | | |
| | | | Nov 14 2023 08:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14670513 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Nov 14 2023 03:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14736599 | | EDI: Q3G.COM | | |
| | | | Nov 14 2023 08:42:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14670072 | + | EDI: AGFINANCE.COM | | |
| | | | Nov 14 2023 08:42:00 | Springleaf Financial Serivces, PO Box 742536, Cincinnati, OH 45274-2536 |
| 14674391 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | | |
| | | | Nov 14 2023 03:53:00 | VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 14706266 | | EDI: AIS.COM | | |
| | | | Nov 14 2023 08:42:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14655011 | | Email/Text: vci.bkcy@vwcredit.com | | |
| | | | Nov 14 2023 03:54:00 | Volkswagen Credit, P.O. Box 17497, Baltimore, MD 21297-1497 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PHH MORTGAGE CORPORATION |
| cr | | VW Credit, Inc. |
| cr | | Wells Fargo Bank, National Association As Trustee |
| cr | | Wells Fargo Bank, National Association as Trustee |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14655009 | *+ | Ally Bank, P.O. Box 380902, Bloomington, MN 55438-0902 |
| 14670067 | *+ | Ally Bank, P.O. Box 380902, Bloomington, MN 55438-0902 |
| 14670068 | *+ | Ally Bank, P.O. Box 380902, Bloomington, MN 55438-0902 |
| 14670071 | *+ | Ocwen Loan Servicing, P.O. Box 785056, Orlando, FL 32878-5056 |
| 14670074 | * | Volkswagen Credit, P.O. Box 17497, Baltimore, MD 21297-1497 |

TOTAL: 4 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Nov 13, 2023 | Form ID: 3180W | Total Noticed: 32 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 15, 2023             Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2023 at the address(es) listed below:

**Name**     **Email Address**

Beverly Weiss Manne
on behalf of Creditor Ally Financial bmanne@tuckerlaw.com bewmanne@aol.com,jrusnack@tuckerlaw.com

Brett A. Solomon
on behalf of Creditor Ally Financial brett@solomon-legal.com

Brian Nicholas
on behalf of Creditor VW Credit Inc. bnicholas@kmllawgroup.com

James A. Prostko
on behalf of Creditor Wells Fargo Bank National Association As Trustee For et. al. jprostko@c-vlaw.com, jamesprostko@gmail.com

Jeffrey R. Hunt
on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jennifer L. Cerce
on behalf of Creditor Wilkinsburg School District and Borough of Wilkinsburg jlc@mbm-law.net

Jerome B. Blank
on behalf of Creditor Wells Fargo Bank National Association As Trustee For et. al. jblank@pincuslaw.com, brausch@pincuslaw.com

Lauren M. Lamb
on behalf of Debtor Ronald E. Garrett julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Maribeth Thomas
on behalf of Creditor Ally Financial mthomas@tuckerlaw.com maribeth.thomas@gmail.com

Mario J. Hanyon
on behalf of Creditor Wells Fargo Bank National Association as Trustee for Option One Mortgage Loan Trust 2006-1, Asset-Backed Certificates, Series 2006-1 wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon
on behalf of Creditor Wells Fargo Bank National Association As Trustee For et. al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Matthew Fissel
on behalf of Creditor Wells Fargo Bank National Association as Trustee for Option One Mortgage Loan Trust 2006-1, Asset-Backed Certificates, Series 2006-1 matthew.fissel@brockandscott.com, wbecf@brockandscott.com

Neal R. Cramer
on behalf of Creditor PAAC Transit Division FCU nrc@jpilaw.com mgh@jpilaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Thomas Song
on behalf of Creditor Wells Fargo Bank National Association As Trustee For et. al. pawb@fedphe.com

Thomas Song
on behalf of Creditor PHH MORTGAGE CORPORATION pawb@fedphe.com

TOTAL: 17