IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
11/13/23 3:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
RONALD E. GARRETT

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:17-22780

Chapter 13

Related to Docket No. 175

## ORDER OF COURT

AND NOW, this __13th Day of November, 2023___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

# BY DEFAULT

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Ronald E. Garrett  
    Debtor

Case No. 17-22780-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3  
Date Rcvd: Nov 13, 2023     Form ID: pdf900     Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ronald E. Garrett, 7939 Orlan Place, Verona, PA 15147-1546 |
| cr | + | Ally Financial, Tucker Arensberg, P.C., c/o Brett A. Solomon, Esquire, 1500 One PPG Place, Pittsburgh, Pa 15222-5413 |
| cr | + | PAAC Transit Division FCU, 219 Fort Pitt Blvd, 2nd Floor, Pittsburgh, PA 15222-1559 |
| cr | + | Wilkinsburg School District and Borough of Wilkins, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14670065 | | Allegheny County, c/o John Weinstein, Treasurer, P.O. Box 643385, Pittsburgh, PA 15264-3385 |
| 14670070 | + | MBM Collections LLC, 3301 McCrady Road, Pittsburgh, PA 15235-5137 |
| 14655010 | + | Ocwen Loan Servicing, P.O. Box 785056, Orlando, FL 32878-5056 |
| 14700689 | + | P.A.A.C. Transit Division FCU, 219 Fort Pitt Blvd. 2nd FL, Pittsburgh, PA 15222-1559 |
| 14725018 | + | Penn Hills Municipality, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14725017 | + | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14670073 | | Verizon, PO Box 646, Pleasanton, CA 94566 |
| 14745410 | | WELLS FARGO BANK, NATIONAL ASSOCIATION et.al, OCWEN LOAN SERVICING, LLC, Attn: Bankruptcy Department, P.O. BOX 24, WEST PALM BEACH FL 33416-4605 |
| 14670075 | + | Wilkinsburg Borough, c/o Maiello Brungo & Maiello, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14670076 | + | Wilkinsburg Garbage, c/o Maiello, Brungo & Maiello, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14670077 | + | Wilkinsburg School District, c/o Maiello, Brungo & Maiello, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 14 2023 04:20:01 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ebnjts@grblaw.com | Nov 14 2023 03:53:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 14670066 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 14 2023 03:54:00 | Allstate Insurance, Po Box 55126, Boston, MA 02205-5126 |
| 14655008 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 14 2023 03:53:00 | Ally Bank, P.O. Box 380902, Bloomington, MN 55438-0902 |
| 14668960 | | Email/Text: ally@ebn.phinsolutions.com | Nov 14 2023 03:53:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14697541 | + | Email/Text: ebnjts@grblaw.com | Nov 14 2023 03:53:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14672811 | ^ | MEBN | Nov 14 2023 03:51:05 | KeyBank N.A., as S/B/M to First Niagara Bank, NA, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14670069 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Nov 14 2023 03:54:00 | Keybank, PO Box 94722, Cleveland, OH |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 44101-4722 |
| 14684982 | | Email/PDF: cbp@omf.com | Nov 14 2023 04:31:52 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 15266199 | | Email/Text: BKEBN-Notifications@ocwen.com | Nov 14 2023 03:53:00 | PHH Mortgage Services, Attn Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 14670513 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 14 2023 03:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14736599 | | Email/Text: bnc-quantum@quantum3group.com | Nov 14 2023 03:53:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14670072 | + | Email/PDF: cbp@omf.com | Nov 14 2023 04:08:28 | Springleaf Financial Serivces, PO Box 742536, Cincinnati, OH 45274-2536 |
| 14674391 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Nov 14 2023 03:53:00 | VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 14706266 | | Email/PDF: ebn_ais@aisinfo.com | Nov 14 2023 04:08:43 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14655011 | | Email/Text: vci.bkcy@vwcredit.com | Nov 14 2023 03:54:00 | Volkswagen Credit, P.O. Box 17497, Baltimore, MD 21297-1497 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PHH MORTGAGE CORPORATION |
| cr | | VW Credit, Inc. |
| cr | | Wells Fargo Bank, National Association As Trustee |
| cr | | Wells Fargo Bank, National Association as Trustee |
| 14655009 | *+ | Ally Bank, P.O. Box 380902, Bloomington, MN 55438-0902 |
| 14670067 | *+ | Ally Bank, P.O. Box 380902, Bloomington, MN 55438-0902 |
| 14670068 | *+ | Ally Bank, P.O. Box 380902, Bloomington, MN 55438-0902 |
| 14670071 | *+ | Ocwen Loan Servicing, P.O. Box 785056, Orlando, FL 32878-5056 |
| 14670074 | * | Volkswagen Credit, P.O. Box 17497, Baltimore, MD 21297-1497 |

TOTAL: 4 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2023 at the address(es) listed below:**

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Nov 13, 2023 | Form ID: pdf900 | Total Noticed: 31

| Name | Email Address |
|---|---|
| Beverly Weiss Manne | on behalf of Creditor Ally Financial bmanne@tuckerlaw.com bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Brett A. Solomon | on behalf of Creditor Ally Financial brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor VW Credit Inc. bnicholas@kmllawgroup.com |
| James A. Prostko | on behalf of Creditor Wells Fargo Bank National Association As Trustee For et. al. jprostko@c-vlaw.com, jamesprostko@gmail.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jennifer L. Cerce | on behalf of Creditor Wilkinsburg School District and Borough of Wilkinsburg jlc@mbm-law.net |
| Jerome B. Blank | on behalf of Creditor Wells Fargo Bank National Association As Trustee For et. al. jblank@pincuslaw.com, brausch@pincuslaw.com |
| Lauren M. Lamb | on behalf of Debtor Ronald E. Garrett julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Maribeth Thomas | on behalf of Creditor Ally Financial mthomas@tuckerlaw.com maribeth.thomas@gmail.com |
| Mario J. Hanyon | on behalf of Creditor Wells Fargo Bank National Association as Trustee for Option One Mortgage Loan Trust 2006-1, Asset-Backed Certificates, Series 2006-1 wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Wells Fargo Bank National Association As Trustee For et. al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Matthew Fissel | on behalf of Creditor Wells Fargo Bank National Association as Trustee for Option One Mortgage Loan Trust 2006-1, Asset-Backed Certificates, Series 2006-1 matthew.fissel@brockandscott.com, wbecf@brockandscott.com |
| Neal R. Cramer | on behalf of Creditor PAAC Transit Division FCU nrc@jpilaw.com mgh@jpilaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Wells Fargo Bank National Association As Trustee For et. al. pawb@fedphe.com |
| Thomas Song | on behalf of Creditor PHH MORTGAGE CORPORATION pawb@fedphe.com |

TOTAL: 17